IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMIT G. PATEL | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:18-CV-00004 |
| AUTOBAHN IMPORTS, L.P. d/b/a | § | |
| AUTOBAHN MOTORCAR GROUP | § | |
| and JAGUAR LAND ROVER NORTH | § | |
| AMERICA, LLC | § | |

---

## DEFENDANT'S NOTICE OF REMOVAL

---

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Defendant Autobahn Imports, L.P. d/b/a Autobahn Motorcar Group ("Autobahn") files this Notice of Removal pursuant to 28 U.S.C. § 1446 and S.D. TEX. LOCAL CIV. R. 81, and in support thereof would respectfully show the Court the following:

### I. THE REMOVED ACTION

1.1    The removed action is a civil case filed on October 6, 2017 in the 236th Judicial District Court of Tarrant County, Texas. The state court action is styled: Cause No. 236-295540-17; *Amit G. Patel v. Autobahn Imports, L.P. d/b/a Autobahn Motorcar Group and Jaguar Land Rover North America, LLC*.

### II. JURISDICTION

2.1    This Court has jurisdiction over this dispute pursuant to 28 U.S.C. § 1331 (federal-question jurisdiction) because Plaintiff Amit G. Patel ("Patel") has asserted causes of action arising under the Constitution, laws, or treaties of the United States. Accordingly, this cause is removable pursuant to 28 U.S.C. §§ 1441 & 1446.

---

2.2    Venue is proper in this judicial district under 28 U.S.C. § 1391(b)(2), in that a substantial part of the events and omissions giving rise to the claims below arose in Tarrant County, Texas. Moreover, removal to this Court is proper within this judicial district under 28 U.S.C. § 1446(a) because this Court is the United States District Court for the district and division corresponding to the place where the Removed Action was pending.

### III. REMOVAL IS TIMELY

3.1    Patel filed the Removed Action on October 6, 2017. Autobahn was served with process on December 8, 2017.

3.2    Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely because it is filed within thirty days of the date on which Autobahn was served with a copy of the initial pleading setting forth the claim for relief upon which the action is based.

### IV. STATEMENT REGARDING CONSENT OF CO-DEFENDANT

4.1    Autobahn only learned the identity of counsel for Co-Defendant Jaguar Land Rover North America, LLC ("Land Rover") upon the filing of Land Rover's Original Answer in the underlying state court action on January 2, 2018—a mere three hours before the filing of this Notice of Removal. Autobahn has reached out to counsel for Land Rover, who indicated that he would need to obtain Land Rover's express permission before consenting to removal. Accordingly, in an abundance of caution regarding timeliness, this Notice of Removal is submitted to the Court pending a final determination of consent by Land Rover.

### V. PRESERVATION OF OBJECTIONS

5.1    By filing this Notice of Removal, Autobahn expressly preserves all objections, including without limitation, all such objections and grounds for dismissal set forth in FED. R. CIV. P. 12.

Respectfully Submitted,


/s/ Richard W. Wiseman
Richard W. Wiseman
Texas Bar No. 21816200
rwiseman@padfieldstout.com
Matthew B. Fronda
Texas Bar No. 24086264
mfronda@padfieldstout.com
PADFIELD & STOUT, LLP
421 West 3rd Street, Suite 910
Fort Worth, TX 76102
Telephone:    817.338.1616
Facsimile:    817.338.1610

*Attorneys for Defendant Autobahn Imports, L.P.*
*d/b/a Autobahn Motorcar Group*



### CERTIFICATE OF SERVICE

This is to certify that on January 2, 2018, I forwarded a true and correct copy of the foregoing Notice of Removal to Plaintiff, by and through his attorney of record, Atousa Nezamabadi, by e-service and/or email, and to Defendant Jaguar Land Rover North America, LLC, by and through his attorney of record, John W. Chambless II, by e-service and/or email.


/s/ Richard W. Wiseman
Richard W. Wiseman

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMIT G. PATEL | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:18-CV-00004 |
| AUTOBAHN IMPORTS, L.P. d/b/a | § | |
| AUTOBAHN MOTORCAR GROUP | § | |
| and JAGUAR LAND ROVER NORTH | § | |
| AMERICA, LLC | § | |

**INDEX OF ATTACHMENTS TO DEFENDANT'S NOTICE OF REMOVAL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Accompanying Defendant's Notice of Removal are the following documents:

1.  the civil cover sheet;

2.  Copy of the state court docket sheet;

3.  Plaintiffs' Original Petition;

4.  State Court Notice of Removal; and

5.  A list of all counsel of record, including addresses, telephone numbers and parties

    represented.

Respectfully Submitted,


/s/ Richard W. Wiseman
Richard W. Wiseman
Texas Bar No. 21816200
rwiseman@padfieldstout.com
Matthew B. Fronda
Texas Bar No. 24086264
mfronda@padfieldstout.com
PADFIELD & STOUT, LLP
421 West 3rd Street, Suite 910
Fort Worth, TX 76102
Telephone:      817.338.1616
Facsimile:      817.338.1610

*Attorneys for Autobahn Imports, L.P.*
*d/b/a Autobahn Motorcar Group*

1

JS 44   (Rev. 06/17) - TXND (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Amit G. Patel

### DEFENDANTS
Autobahn Imports, L.P. d/b/a Autobahn Motorcar Group and Jaguar Land Rover North America, LLC

**(b)** County of Residence of First Listed Plaintiff  Coryell County, Texas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Tarrant County, Texas
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Atousa Nezamabadi; LEMON LAW GROUP PARTNERS, PLC; P.O. Box 18799, Sugar Land, Texas 77479; (888) 415-0610

Attorneys *(If Known)*
Richard W. Wiseman and Matthew B. Fronda; PADFIELD & STOUT, LLP; 421 West 3rd Street, Suite 910, Fort Worth, Texas 76102; (817) 338-1616

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

❑ 1   U.S. Government
Plaintiff

☒ 3   Federal Question
*(U.S. Government Not a Party)*

❑ 2   U.S. Government
Defendant

❑ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❑ 1 | ❑ 1 | Incorporated *or* Principal Place of Business In This State | ❑ 4 | ❑ 4 |
| Citizen of Another State | ❑ 2 | ❑ 2 | Incorporated *and* Principal Place of Business In Another State | ❑ 5 | ❑ 5 |
| Citizen or Subject of a Foreign Country | ❑ 3 | ❑ 3 | Foreign Nation | ❑ 6 | ❑ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ❑ 110 Insurance
- ❑ 120 Marine
- ❑ 130 Miller Act
- ❑ 140 Negotiable Instrument
- ❑ 150 Recovery of Overpayment & Enforcement of Judgment
- ❑ 151 Medicare Act
- ❑ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ❑ 153 Recovery of Overpayment of Veteran's Benefits
- ☒ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ❑ 195 Contract Product Liability
- ❑ 196 Franchise

### REAL PROPERTY
- ❑ 210 Land Condemnation
- ❑ 220 Foreclosure
- ❑ 230 Rent Lease & Ejectment
- ❑ 240 Torts to Land
- ❑ 245 Tort Product Liability
- ❑ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ❑ 310 Airplane
- ❑ 315 Airplane Product Liability
- ❑ 320 Assault, Libel & Slander
- ❑ 330 Federal Employers' Liability
- ❑ 340 Marine
- ❑ 345 Marine Product Liability
- ❑ 350 Motor Vehicle
- ❑ 355 Motor Vehicle Product Liability
- ❑ 360 Other Personal Injury
- ❑ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ❑ 365 Personal Injury - Product Liability
- ❑ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ❑ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ❑ 370 Other Fraud
- ❑ 371 Truth in Lending
- ❑ 380 Other Personal Property Damage
- ❑ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ❑ 440 Other Civil Rights
- ❑ 441 Voting
- ❑ 442 Employment
- ❑ 443 Housing/ Accommodations
- ❑ 445 Amer. w/Disabilities - Employment
- ❑ 446 Amer. w/Disabilities - Other
- ❑ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ❑ 463 Alien Detainee
- ❑ 510 Motions to Vacate Sentence
- ❑ 530 General
- ❑ 535 Death Penalty
**Other:**
- ❑ 540 Mandamus & Other
- ❑ 550 Civil Rights
- ❑ 555 Prison Condition
- ❑ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ❑ 625 Drug Related Seizure of Property 21 USC 881
- ❑ 690 Other

### LABOR
- ❑ 710 Fair Labor Standards Act
- ❑ 720 Labor/Management Relations
- ❑ 740 Railway Labor Act
- ❑ 751 Family and Medical Leave Act
- ❑ 790 Other Labor Litigation
- ❑ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ❑ 462 Naturalization Application
- ❑ 465 Other Immigration Actions

### BANKRUPTCY
- ❑ 422 Appeal 28 USC 158
- ❑ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ❑ 820 Copyrights
- ❑ 830 Patent
- ❑ 835 Patent - Abbreviated New Drug Application
- ❑ 840 Trademark

### SOCIAL SECURITY
- ❑ 861 HIA (1395ff)
- ❑ 862 Black Lung (923)
- ❑ 863 DIWC/DIWW (405(g))
- ❑ 864 SSID Title XVI
- ❑ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ❑ 870 Taxes (U.S. Plaintiff or Defendant)
- ❑ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ❑ 375 False Claims Act
- ❑ 376 Qui Tam (31 USC 3729(a))
- ❑ 400 State Reapportionment
- ❑ 410 Antitrust
- ❑ 430 Banks and Banking
- ❑ 450 Commerce
- ❑ 460 Deportation
- ❑ 470 Racketeer Influenced and Corrupt Organizations
- ❑ 480 Consumer Credit
- ❑ 490 Cable/Sat TV
- ❑ 850 Securities/Commodities/ Exchange
- ❑ 890 Other Statutory Actions
- ❑ 891 Agricultural Acts
- ❑ 893 Environmental Matters
- ❑ 895 Freedom of Information Act
- ❑ 896 Arbitration
- ❑ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ❑ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ❑ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ❑ 3 Remanded from Appellate Court
- ❑ 4 Reinstated or Reopened
- ❑ 5 Transferred from Another District *(specify)*
- ❑ 6 Multidistrict Litigation - Transfer
- ❑ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. § 2301 et. seq.
Brief description of cause:
Alleged consumer claims brought pursuant to the Magnuson-Moss Warranty Act.

## VII. REQUESTED IN COMPLAINT:
❑ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
200,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ❑ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____    DOCKET NUMBER _____

DATE
01/02/2018

SIGNATURE OF ATTORNEY OF RECORD
*Richard W. Wiseman*

FOR OFFICE USE ONLY

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

2

# Civil Docket

## Discovery: 3

## 236-295540-17

Cause Of Action: CONTRACT, CONSUMER/DTPA

| NAMES OF PARTIES | ATTORNEYS | ORDERS OF COURT | Was Steno Used? |
|---|---|---|---|
| AMIT G. PATEL | NEZZAMABADI, ATOUSA<br>PO BOX 18799<br>SUGAR LAND, TX 77479<br>BarID: 24079050TX    Ph (888)415-0610   PLTF<br>Fax Ph (888)809-7010<br>LEMON LAW GROUP PARTNERS PLC<br>ATOUSA@LEMONLAWGROUPPARTNERS.COM | | |
| vs. | | | |
| AUTOBAHN IMPORTS, L.P., ET AL | | | |

Date Filed
10/06/2017

Jury 10/06/2017
Fee 40.00

Paid AMIT G
By PATEL

Date of Orders

3

236-295540-17

FILED
TARRANT COUNTY
10/6/2017 9:43 AM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. _____

| | | |
|---|---|---|
| AMIT G. PATEL | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TARRANT COUNTY, TEXAS |
| | § | |
| AUTOBAHN IMPORTS, L.P. d/b/a | § | |
| AUTOBAHN MOTORCAR GROUP and | § | |
| JAGUAR LAND ROVER | § | |
| NORTH AMERICA, LLC | § | ____ JUDICIAL DISTRICT |
| | § | |
| *Defendants.* | § | |

## PLAINTIFF'S ORIGINAL PETITION

### TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES AMIT G. PATEL, hereinafter referred to as Plaintiff, complaining of and about AUTOBAHN IMPORTS, L.P. d/b/a AUTOBAHN MOTORCAR GROUP ("Defendant Dealership") and JAGUAR LAND ROVER NORTH AMERICA, LLC ("Land Rover"), hereinafter collectively referred to as Defendants, and for cause of action shows the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiff seeks monetary relief over $100,000.00 but not more than $200,000.00, exclusive of costs, interest, and attorney fees, and intends that discovery be conducted under Discovery Level 3

### PARTIES AND SERVICE

2.    Plaintiff, AMIT G. PATEL, is an individual residing in Coryell County, Texas.

3.    Defendant, AUTOBAHN IMPORTS, L.P. d/b/a AUTOBAHN MOTORCAR GROUP is a private company with its principal office in Texas and doing business in Texas.    This



Defendant may be served with process by serving its registered agent, Corporation Service Company d/b/a CSC Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

4.      Defendant, JAGUAR LAND ROVER NORTH AMERICA, LLC, is a foreign limited liability company with a principal place of business located at 555 MacArthur Blvd., Mahwah, New Jersey 07430-2326. Upon information and belief, JAGUAR LAND ROVER NORTH AMERICA, LLC is authorized to do business in Texas.

## JURISDICTION AND VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court.

6.      This court has jurisdiction over the parties because Defendant Dealership's principal office is located in Texas and Defendant Land Rover does business in Texas.

7.      Venue in Tarrant County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

8.      On or about January 12, 2016, Plaintiff purchased a 2017 Land Rover Range Rover, VIN SALGV2FEOHA321534 (the "Subject Vehicle") from Defendant Dealership.   Please see Exhibit A:   Purchase Agreement.

9.      The Subject Vehicle is registered in the State of Texas and was purchased primarily for personal, family, and/or household purposes.

10.     At the time of purchase, the Subject Vehicle was accompanied with a factory warranty which, in relevant part, provided for 4 (four) year/50,000 mile bumper-to-bumper



coverage (the "Warranty").   Please see Exhibit B:   Pertinent Portion of Warranty.   Warranty in
its entirety is in Defendants' possession.

11.   Land Rover's warranties covered any repairs or replacements needed during the
warranty period and/or due to defects in factory materials or workmanship.

12.   In fact, when delivered, the Subject Vehicle was defective in materials and
workmanship, such defects being discovered within the warranty periods and repairs were
attempted. Shortly after purchase, Plaintiff noticed numerous defects in the vehicle, including but
not limited to date not displaying on home screen or infotainment center, radio turning on by itself
intermittently, crackling sound heard from dashboard area when radio is on, rain sensor setting for
windshield wipers inoperable, speed limit display system defects, Eco start/stop function defects,
AEB (Autonomous Emergency Braking) fault displayed, software conflict between modules,
phone will not connect through Bluetooth intermittently, restrictive fuel filler pipe necessitating
replacement, Auto High Beam Sensor Blocked message illuminating, remote start inoperable
intermittently, Traction Reduced message illuminating, AEB Initializing message illuminating
constantly, sign recognition system inoperable, system faults in IMAP module, AEB system fault,
when pulling out of parking spot Forward Alert system beeps loudly, when vehicle put in Reverse
and while driving in Reverse loud clunking noise heard, Lane Keep Assist system inoperable, Auto
High Beam Blocked message illuminating, Windshield Camera Obstructed message illuminating,
many messages illuminating at random times, AEB Not Available message incorrectly displayed,
lift gate drain trim pieces are warped, and Blind Spot Monitor Blocked message illuminating.
Plaintiff returned the vehicle to Defendant Dealership and Authorized Dealerships for repair on at
least 4 (four) occasions.   Please see Exhibit C:   Repair Orders.



13.     Defendant Dealership and Authorized Dealerships have test driven the vehicle and made repairs to the vehicle, however, the defects continue to exist. During said repairs the Subject Vehicle was out of service for at least 52 (fifty-two) days.

14.     Despite the prolonged time during which Defendant Dealership and Authorized Dealerships were given the opportunity to repair Plaintiff's Vehicle, Defendant Dealership and Authorized Dealerships failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

15.     The defects experienced by the Plaintiff with the Subject Vehicle substantially impaired its use, value and safety to the Plaintiff, and has shaken the Plaintiff's faith in the vehicle to operate as dependable transportation.

16.     Despite Plaintiff's repeated efforts to allow Defendants the opportunity to repair the Subject Vehicle, many nonconforming and defective conditions were not repaired and still exist.

17.     Plaintiff directly notified Land Rover of the defective conditions concerning the Subject Vehicle and that Plaintiff desired a buy-back of the Subject Vehicle.  Please see Exhibit D:  Written Notification.

18.     This cause of action arises out of the Defendant's breaches of warranty and contract and violations of the enclosed statutes, as set forth in this Complaint.

19.     As a result, Plaintiff seeks to revoke his acceptance of the Subject Vehicle and be refunded the purchase price, along with all expenses Plaintiff has incurred as a result of the Subject Vehicle's non-conformities, including loss of use of the Subject Vehicle, and reimbursement for expenses related to aftermarket items installed on the Subject Vehicle.

20.     In the alternative, Plaintiff seeks damages in the form of all expenses Plaintiff has



incurred as a result of the Subject Vehicle's nonconformities, including loss of use of the Subject Vehicle, diminution of value of the Subject Vehicle, and costs of repair to return the vehicle to its warranted state, as well as reimbursement for expenses related to aftermarket items installed on the Subject Vehicle and damages to Plaintiff's well-being in the form of emotional distress.

## PLAINTIFF'S CLAIM OF BREACH OF WARRANTY

21.    Plaintiff incorporates by reference all of the allegations set forth above.

22.    Land Rover extended to Plaintiff a 4 (four) year/50,000 mile bumper-to-bumper warranty ("Warranty").

23.    Plaintiff, seeking to repair the Subject Vehicle, attempted to exercise his rights under the Warranty.

24.    Land Rover has failed to honor the terms of the Warranty.

25.    As a result of the actions set forth above, Land Rover has breached the Warranty.

26.    As a result of Land Rover's breach of Warranty, Plaintiff has and will continue to suffer significant monetary and consequential damages.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter Judgment in favor of Plaintiff and against Defendants in an amount to be determined at the Trial of the matter, but believed to be monetary relief of over $100,000.00 but not more than $200,000.00, exclusive of costs, interest and attorney fees.

## PLAINTIFF'S CLAIM OF BREACH OF IMPLIED WARRANTY:
## TEXAS BUSINESS AND COMMERCE CODE SEC. 2.314

27.    Plaintiff incorporates by reference all of the allegations set forth above.

28.    The aforementioned Subject Vehicle purchased by Plaintiff was subject to implied warranties of merchantability under the Texas Business and Commerce Code – Section 2.314.



29.    A warranty that goods shall be merchantable is implied in a contract for their sale if the seller is a merchant with respect to goods of that kind as stated in Texas Business and Commerce Code Section 2.314(1). Said implied warranties included, but are not limited to, the following:

   a.    Said Vehicle must pass without objection in the trade under the contract description; and

   b.    Said Vehicle must be of fair average quality; and

   c.    Said Vehicle must be fit for the ordinary purposes for which it is used.

30.    Said Vehicle was not warranted and represented in that Defendants have failed and refused to repair any defects and nonconformities.

31.    Plaintiff has given Defendants a reasonable opportunity to reinstate any and all warranties so as to cure any defects and nonconformities with the Subject Vehicle but Defendants have refused to do so within a reasonable time and without costs to Plaintiff.

32.    As a result of Defendants' breach of implied warranties, Plaintiff has and will continue to suffer significant monetary damages.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter Judgment in favor of Plaintiff and against Defendants in an amount to be determined at the Trial of the matter, but believed to be monetary relief of over $100,000.00 but not more than $200,000.00, exclusive of costs, interest and attorney fees.

### PLAINTIFF'S CLAIM OF REVOCATION OF ACCEPTANCE: TEXAS BUSINESS AND COMMERCE CODE SEC. 2.608

33.    Plaintiff incorporates by reference all of the allegations set forth above.

34.    Plaintiff purchased the Subject Vehicle from Defendant Dealership.

35.    The nonconformities associated with the Subject Vehicle render it non-conforming



to the warranty provided with the purchase of the Subject Vehicle.

36.   At the time of purchase, Plaintiff did not discover the nonconformities due to the difficulty in discovering them.

37.   The nonconformities substantially impair the value of the Subject Vehicle to Plaintiff.

38.   Due to the substantial impairment to value of the nonconformity, Plaintiff seeks to revoke his acceptance of the Subject Vehicle and be refunded the purchase price, along with all expenses Plaintiff has incurred as a result of the Subject Vehicle's non-conformities, including loss of use of the Subject Vehicle, and reimbursement for expenses related to aftermarket items installed on the Subject Vehicle.

## PLAINTIFF'S CLAIM OF BREACH OF THE MAGNUSON-MOSS WARRANTY ACT

39.   Plaintiff incorporates by reference all of the allegations set forth above.

40.   This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

41.   Plaintiff is a consumer as defined by 15 USC § 2301(3).

42.   Defendants are suppliers and warrantors as defined by 15 USC § 2301(4),(5).

43.   The Subject Vehicle is a consumer product as defined by 15 USC § 2301(1).

44.   15 USC § 2301(6), requires Defendants, as a warrantor, to remedy any defects, malfunction or nonconformance of the Subject Vehicle within a reasonable time and without charge to Plaintiff, as defined in 15 USC § 2304(d).

45.   The actions of Defendants as herein above described and in failing to tender the Subject Vehicle to Plaintiff free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiff, constitute a breach of the written and implied warranties covering the Subject Vehicle and are a violation of the Magnuson-Moss Warranty Act.

46.     Despite repeated demands and despite the fact that the Plaintiff has complied with all reasonable terms and conditions imposed upon him by Defendants, Defendants have failed and refused to cure any defects and nonconformity with the Subject Vehicle.

47.     As a result of Defendants' breach of express and implied warranties as set forth above, and Defendants' failure to honor its obligations under its warranties, Plaintiff has and will continue to suffer damages as enumerated above.

48.     Defendants have had a reasonable opportunity to remedy the defects in the vehicle but have failed to do so, thereby entitling Plaintiff to a refund of the purchase price pursuant to the Magnuson-Moss Warranty Act.

49.     Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

WHEREFORE, Plaintiff prays that this Honorable Court enter an order requiring Defendant to accept return of the Subject Vehicle and refund Plaintiff the purchase price, together with any and all incidental and consequential damages, including attorney fees as provided by 15 USC § 2310(d)(2) and such other and further equitable relief to which Plaintiff is entitled.   In the alternative, Plaintiff seeks damages in the form of all expenses Plaintiff has incurred as a result of the Subject Vehicle's nonconformities, including loss of use of the Subject Vehicle, diminution of value of the Subject Vehicle, and costs of repair to return the vehicle back to its warranted state.

## PLAINTIFF'S CLAIM OF VIOLATION OF THE TEXAS DECEPTIVE TRADE PRACTICES ACT ("DTPA"): TEXAS BUSINESS AND COMMERCE CODE TITLE 2 SECTION 17.46(b)(7), (13), and (22)

50.     Plaintiff incorporates by reference all of the allegations set forth above.



51.    Defendants violated the DTPA by engaging in false, misleading, or deceptive acts or practices in the conduct of trade or commerce.

52.    Under the DTPA the term "false, misleading, or deceptive acts or practices" includes, but is not limited to:

    a.    representing that goods or services are of a particular standard, quality, or grade...if they are of another;

    b.    knowingly making false or misleading statements of fact concerning the need for parts, replacement, or repair service; and

    c.    representing that work or services have been performed on, or parts replaced in, goods when the work or services were not performed or the parts replaced.

53.    Plaintiff's Vehicle was represented by Defendants to be of good quality.   However, the Vehicle had many serious defects and nonconformities and was in fact of poor quality.

54.    Defendants led Plaintiff to believe that the Vehicle had been repaired and was free of nonconformities.   However, Vehicle continued to have defects and nonconformities and had to be returned for repairs on multiple occasions.

55.    Defendants led Plaintiff to believe that the work on the Vehicle had cured it of nonconformities when in fact the work performed did not render it free of nonconformities.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter Judgment in favor of Plaintiff and against Defendants in an amount to be determined at the Trial of the matter, but believed to be monetary relief of over $100,000.00 but not more than $200,000.00, exclusive of costs, interest and attorney fees.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff Amit G. Patel respectfully prays that the



Defendants be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be entered for the Plaintiff against Defendants, jointly and severally, for damages in an amount within the jurisdictional limits of the Court; at the maximum rate allowed by law; post-judgment interest at the legal rate; costs of court; attorney fees and costs; and such other and further relief to which the Plaintiff may be entitled at law or in equity.

Respectfully submitted,

**LEMON LAW GROUP PARTNERS PLC**

By: ___*/s/ Atousa Nezamabadi*___
        Atousa Nezamabadi
        Texas State Bar No.: 24079050
        Lemon Law Group Partners PLC
        P.O. Box 18799
        Sugar Land, Texas 77479
        Telephone No.: (888) 415-0610
        Facsimile No.: (888) 809-7010
        Email: atousa@lemonlawgrouppartners.com

**PLAINTIFFS HEREBY DEMAND TRIAL BY JURY**



A CERTIFIED COPY
ATTEST: 10-16-17
        THOMAS A. WILDER
        DISTRICT CLERK
        TARRANT COUNTY, TEXAS
BY: Jennie Thomas
        DEPUTY
        JENNIE THOMAS

236-295540-17

# EXHIBIT A





# EXHIBIT B



# Warranties: Summary of Warranties

The Land Rover warranties detailed in this booklet are issued by Jaguar Land Rover North America LLC, the sole authorized importer of Land Rover vehicles in the USA and Puerto Rico, and cover only vehicles originally specified and built by Land Rover for the United States and Puerto Rico.

Land Rover warranties are in favor of the original purchaser and each subsequent owner during the respective warranty periods.

These warranties will be honored by any authorized Land Rover retailer in the world. However, Jaguar Land Rover North America LLC will not cover the costs to modify the vehicle to meet legal requirements in another country.

A warranty coverage exception may apply for vehicles being exported and licensed outside of the United States, Canada, and Puerto Rico. Land Rover strongly recommends that the registered owner contact the local dealer or importer in the country of importation to establish applicable warranty coverage.

A summary of Land Rover warranties applicable to 2012 Model Year vehicles follows.

## New Vehicle Limited Warranty *

Bumper to bumper
    4 years / 50,000 miles
    (whichever occurs first)
Battery
    4 years / 50,000 miles
    (whichever occurs first)
Wear parts and service adjustments
    1 year / 12,500 miles
    (whichever occurs first)
Corrosion
    6 years / unlimited mileage

*   Some states have mandated alternate coverage time periods for parts of your vehicle (e.g. seat belts).

## Emission Control System Warranties

### Federal
Emission Design and Defect Warranty
    2 years / 24,000 miles
    (whichever occurs first)

*   Certain emissions-related parts *
    8 years / 80,000 miles
    (whichever occurs first)

Emission Performance Warranty
    2 years / 24,000 miles
    (whichever occurs first)

*   Certain emissions-related parts *
    8 years / 80,000 miles
    (whichever occurs first)

### California †
Emission Performance Warranty
    3 years / 50,000 miles
    (whichever occurs first)

Emission Defects Warranty
*   Short-term Warranty
    3 years / 50,000 miles
    (whichever occurs first)

*   Long-term Warranty **
    7 years / 70,000 miles
    (whichever occurs first)

*   Components noted with an asterisk on page 12.

†   The California Emission Control System Warranties also apply to vehicles registered in Arizona, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington.

**  The specific parts covered by this warranty were selected on the basis of their estimated replacement cost at the time your vehicle was certified by the California Air Resources Board (CARB) for sale in California.

4

# EXHIBIT C



CUSTOMER # 214590                    522773                    **autobahn**
                                                              MOTORCAR GROUP
AMIT G PATEL                         WORKORDER               FORT WORTH
1011 KIM AVE                         REPRINT                 3000 White Settlement Road
COPPERAS COVE, TX 76522              PAGE 1                   Fort Worth, TX 76108
KWIKKARLUBEANDTUNE@HOTMAIL.COM                               (817) 330-0886
HOME:           CONT 254-368-4146
BUS:            CELL 254-368-4146    SERVICE ADVISOR: 230 TAYLOR, ZACHARY D

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG # |
|-------|------|-----------|-----|---------|----------------|-------|
| White | 17 | LAND ROVER RANGE ROV | SALGV2FE0HA321534 | | 1717 | T6454 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|----------|-----------|----------|----------|-------|------|---------|----------|
| 11JAN17 IS | 11JAN17 DE | | 18:00 29MAR17 | | | CASH | |
| R.O. OPENED | | READY | OPTIONS | SOLD-STK L17123 | | | |

29MAR2017:11:46

LINE OP CODE  TECH   TYPE  DESCRIPTIONS/INSTRUCTIONS

# A  95                        RENTAL VEHICLE (CC)

# B  30        W       CUSTOMER REPORTS THAT WHEN USING THE INCONTROL APP
                       TO REMOTE START THE VEHICLE IT DOES NOT WORK ALL THE
                       TIME. WILL WORK SOMETIMES IN THE AFTERNOON TIME, BUT
                       NEVER IN THE MORNING (CC)

# C  60        W       CUSTOMER REPORTS "TRACTION REDUCED" MESSAGE
                       APPEARING ON THE INFORMATION CENTER (CC)

# D  50                CUSTOMER REPORTS AEB INITIALISING MESSAGE
                       APPEARING IN THE INFO CENTER. THIS MESSAGE NEVER
                       GOES AWAY NO MATTER HOW MUCH THE VEHICLE IS DRIVEN
                       (CC)

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT OR ANY OTHER
CAUSE BEYOND OUR CONTROL OR FOR ANY DELAYS CAUSED BY UNAVAILABILITY OF PARTS OR DELAYS
IN PARTS SHIPMENTS BY THE SUPPLIER OR TRANSPORTER.
                         DISCLAIMER OF WARRANTIES

PRELIMINARY ESTIMATE $

ANY WARRANTIES ON THE PRODUCTS SOLD HEREBY ARE THOSE MADE BY THE MANUFACTURER. THE
SELLER/SERVICER HEREBY EXPRESSLY DISCLAIMS ALL WARRANTIES, EITHER EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY
OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND NEITHER ASSUMES NOR AUTHORIZES
ANY OTHER PERSON TO ASSUME FOR IT ANY LIABILITY IN CONNECTION WITH THE SALE OF PRODUCTS/SERVICES.

AUTHORIZED BY X

| REVISED ESTIMATE (1) | DATE | TIME |
|----------------------|------|------|
| REVISED ESTIMATE (2) | | |
| REVISED ESTIMATE (3) | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED AND GAVE ORAL APPROVAL
OF THE ABOVE REVISED ESTIMATE(S)

X

**CUSTOMER COPY**

CUSTOMER #: 214590

KULT G PATEL
1011 KIM AVE
COPPERAS COVE, TX 76522
KWIKKARLUBEANDTUNE@HOTMAIL.COM
HOME:                CONT:254-368-4146
BUS:                 CELL:254-368-4146

522773

WORKORDER
REPRINT
PAGE 2

**autobahn**
MOTORCAR GROUP
FORT WORTH
3000 White Settlement Road
Fort Worth, TX 76107
(817) 336-0886

SERVICE ADVISOR: 230 TAYLOR, ZACHARY D

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| White | 17 | LAND ROVER RANGE ROV | SALGV2PE0HA321534 | | 1717/ | 16454 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV DATE |
|----------|-----------|----------|----------|-------|------|---------|----------|
| 11JAN17 TS | | | | | | | |
| 11JAN17 DE | | | 18:00 29MAR17 | | | CASH: | |

P.O. OPENED       READY        OPTIONS: SOLD-STK:L17123

29MAR2017 14:46

| LINE | OP CODE | TECH | TYPE | DESCRIPTIONS / INSTRUCTIONS |
|------|---------|------|------|----------------------------|
| 1 | FL430 | | W | CUSTOMER REPORTS "AUTO HIGH BEAM SENSOR BLOCKED" MESSAGE IS APPEARING IN THE INFO CENTER. CC |
| 2 | FL480 | | W | CUSTOMER REPORTS HEADLINER IS WRINKLED ON RIGHT SIDE ABOVE BOTH RIGHT SIDE SEATS. CC |

COMMENTS: CC CREATED 2017-03-21 08:36:00AM TAKEN BY SHELBY SHEBLY

COMPANY NAME  GuidePoint Tracking
COMPANY PHONE
POLICY NUMBER                 TBD
POLICY TERM
EFFECTIVE DATE           JAN 2017
DEDUCTIBLE                     0.00
MILEAGE LIMIT
BEGIN MILES
END MILES
COMPONENTS

PRELIMINARY ESTIMATE

AUTHORIZED BY:X

| | DATE | TIME | BY |
|---|------|------|-----|
| REVISED ESTIMATE(1) | | | |
| REVISED ESTIMATE(2) | | | |
| REVISED ESTIMATE(3) | | | |

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & APPROVED OF THE ABOVE REVISED ESTIMATES

CUSTOMER COPY





# JAGUAR AUSTIN
# LAND ROVER AUSTIN
1515 West 5th Street
Austin, TX 78703-5131
(512) 236-0000

www.jaguaraustin.com

www.landroveraustin.com

CELL: 254-630-8485

| CUSTOMER NO. 138742 | ADVISOR MATT | TAG NO. 3333 | 1233 | INVOICE DATE 03/08/17 | INVOICE NO. LRCS56879 |
|---|---|---|---|---|---|

SEJAL PATEL
1011 KIM AVE
COPPERAS COVE, TX 76522

| LABOR RATE | LICENSE NO. | MILEAGE 1,083 | COLOR | STOCK NO. |
|---|---|---|---|---|
| YEAR / MAKE / MODEL L7/LAND ROVER/RANGE ROVER/4DR SUV V8 | | | DELIVERY DATE | DELIVERY MILES |
| VEHICLE I.D. NO. S A L G V 2 F E D H A 3 2 1 5 3 4 | | | SELLING DEALER NO. | PRODUCTION DATE |
| F.T.E. NO. | P.O. NO. | | B.O. DATE 02/16/17 | |

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | MO: 1095 |
|---|---|---|---|---|

JOB# 12 CHARGES

LABOR
JP12 90LR210 SERV COURTESY WASH TECH (03) 88
    SERV COURTESY WASH
    SERV COURTESY WASH
    COMPLETED SER COURTESY WASH

| MISC CODE | DESCRIPTION | CONTROL NO. | |
|---|---|---|---|
| G16 | SERVICE COURTESY WASH | 56879 | 12.00 |
| 128 | SERVICE COURTESY WASH | | 12.00 |
| | | TOTAL MISC | 0.00 |

JOB# 12 TOTALS

JOB# 12 JOURNAL PREFIX LRCS JOB# 12 TOTAL    0.00

TOTALS
************************************************

[ ] CASH   [ ] CHECK  CK NO. [          ]

[ ] VISA   [ ] MASTERCARD   [ ] DISCOVER

[ ] AMEX XPRESS   [ ] OTHER   [ ] CHARGE

| TOTAL LABOR | 0.00 |
|---|---|
| TOTAL PARTS | 0.00 |
| TOTAL SUBLET | 0.00 |
| TOTAL G.O.G. | 0.00 |
| TOTAL MISC CHG. | 12.00 |
| TOTAL MISC DISC | 12.00 |
| TOTAL TAX | 0.00 |
| **TOTAL INVOICE $** | **0.00** |

THANK YOU FOR YOUR BUSINESS!!!

CUSTOMER SIGNATURE

**DISCLAIMER OF WARRANTIES:** Any warranties on the parts and/or accessories sold hereby are made solely by the manufacturer. The undersigned purchaser understands and agrees that (i) Jaguar Austin/Land Rover Austin makes no warranties of any kind, express or implied, and disclaims all warranties, including but not limited to warranties of merchantability and fitness for a particular purpose, with regard to the parts and/or accessories purchased; and (ii) in no event shall Jaguar Austin/Land Rover Austin be liable for incidental, consequential or punitive damages, or commercial losses, arising out of such purchase. The undersigned purchaser further understands and agrees that the warranties excluded by Jaguar Austin/Land Rover Austin include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle (or any of its systems) to perform with reasonable safety, efficiency and/or comfort.

**AUTHORIZATION FOR REPAIRS:** I hereby authorize the repair work herein set forth to be done along with the purchase of the necessary materials and agree that Jaguar Austin/Land Rover Austin is not responsible for loss or damage to my vehicle, or articles left in my vehicle, in case of fire, theft, weather related events (including but without limitation freezing temperatures), or any other cause beyond Jaguar Austin/Land Rover Austin's control, and that Jaguar Austin/Land Rover Austin is not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant Jaguar Austin/Land Rover Austin and/or Jaguar Austin/Land Rover Austin's employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing of that data with the manufacturer for diagnostic and/or research purposes.

**NOTICE PURSUANT TO PROPERTY CODE, §70.001** I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE §9.609. IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

I hereby consent to receive voice and electronic communications from or on behalf of Jaguar Austin/Land Rover Austin at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

I hereby acknowledge and agree to the above DISCLAIMER OF WARRANTIES, AUTHORIZATION FOR REPAIRS, as well as acknowledge the above NOTICE PURSUANT TO TEXAS PROPERTY CODE SECTION 70.001

X _____
SIGNATURE OF THE PERSON RESPONSIBLE FOR PAYMENT OR PERSON RESPONSIBLE FOR PAYMENT

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First.
LAND ROVER Parts Warranty, 12 Months / Unlimited Miles including Labor.
JAGUAR Parts Warranty, 12 Months / Unlimited Miles including Labor.

PAGE 4 OF 4

CUSTOMER COPY    INVOICE    03/08/17  4:31pm

The Reynolds and Reynolds Company  ERAINTWEB  CCD76692.0 (07/16)



# JAGUAR AUSTIN
# LAND ROVER AUSTIN
### 1515 West 5th Street
### Austin, TX 78703-5131
### (512) 236-0000

www.jaguaraustin.com



www.landroveraustin.com

CELL: 254-630-8485

| CUSTOMER NO. 138742 | ADVISOR MATT | 3333 | TAG NO. 1233 | INVOICE DATE 03/08/17 | INVOICE NO. LRCS56879 |
|---|---|---|---|---|---|

| | LABOR RATE | LICENSE NO. | MILEAGE 1,083 | COLOR | STOCK NO. |
|---|---|---|---|---|---|

SEJAL PATEL
1011 KIM AVE
COPPERAS COVE, TX 76522

| YEAR/MAKE/MODEL 17/LAND ROVER/RANGE ROVER/4DR SUV V8 | DELIVERY DATE | DELIVERY MILES |
|---|---|---|

| VEHICLE I.D. NO. S A L G V 2 F E 0 H A 3 2 1 5 3 4 | BILLING DEALER NO. | PRODUCTION DATE |
|---|---|---|

| F.T.E. NO. | P.O. NO. | R.O. DATE 02/16/17 |
|---|---|---|

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | MO: 1095 |
|---|---|---|---|---|

WORKING AT THIS TIME, SYSTEM HAS NO FAULTS AND IS WORKING
VEHICLE DECIDES WHEN TO SHUT OFF AND TO KEEP RUNNING
DEPENDING ON PARAMETERS BEING MET DURING DRIVING.

JOB# 7 TOTALS

JOB# 7 JOURNAL PREFIX  LRCS  JOB# 7 TOTAL        0.00

JOB# 8 CHARGES
LABOR
J#.8:521LRZZ        TRIM-ELECT CONCERN              TECH(S): 3223
C/S DATE IS NOT DISPLAYING ON HOME SCREEN OR INFOTAINMENT
CENTER
DATE DISPLAYED ON SPEED CLUSTER WHEN CYCLED THROUGH
INFORMATION BUTTON

JOB# 8 TOTALS

JOB# 8 JOURNAL PREFIX  LRCS  JOB# 8 TOTAL        0.00

JOB# 9 CHARGES
LABOR
J#.9:80LRZ        INTERIOR TRIM                  TECH(S): 3223
C/S RADIO IS TURNING ON BY ITSELF WHEN ENTERING INTO
VEHICLE. RANDOMLY WILL TURN ON AFTER CUSTOMER IS CERTAIN SHE
HAS TURNED IT OFF
COULD NOT DUPLICATE WHEN ENTERING VEHICLE. ALL WORKING TO
SPEC AT THIS TIME

JOB# 9 TOTALS

JOB# 9 JOURNAL PREFIX  LRCS  JOB# 9 TOTAL        0.00

JOB# 10 CHARGES
LABOR
J#10:001LRZ9991        LOANER?                TECH(S): 3223
LOANER CAR
LOANER CAR

JOB# 10 TOTALS

JOB# 10 JOURNAL PREFIX  LRCS  JOB# 10 TOTAL        0.00

JOB# 11 CHARGES
LABOR
J#11:001RZ9999        MULTI-POINT INSP          TECH(S): 3223
COMPLIMENTARY MULTIPOINT INSPECTION-A $59.95 VALUE!

PERFORM MPI

JOB# 11 TOTALS

JOB# 11 JOURNAL PREFIX  LRCS  JOB# 11 TOTAL        0.00

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First.
LAND ROVER Parts Warranty: 12 Months / Unlimited Miles Including Labor.
JAGUAR Parts Warranty: 12 Months / Unlimited Miles Including Labor.

PAGE 3 OF 4                CUSTOMER SIGNATURE CONTINUED ON NEXT PAGE        04:31pm

DISCLAIMER OR WARRANTIES: Any warranties on the parts and/or accessories sold hereby are made solely by the manufacturer. The undersigned purchaser understands and agrees that: (i) Jaguar Austin/Land Rover Austin makes no warranties of any kind, express or implied, and disclaims all warranties, including but not limited to warranties of merchantability and fitness for a particular purpose, with regard to the parts and/or accessories purchased; and (ii) in no event shall Jaguar Austin/Land Rover Austin be liable for incidental, consequential or punitive damages, or commercial losses, arising out of such purchase. The undersigned purchaser further understands and agrees that the warranties excluded by Jaguar Austin/Land Rover Austin include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle (or any of its systems) to perform with reasonable safety, efficiency and/or comfort.

AUTHORIZATION FOR REPAIRS: I hereby authorize the repair work herein set forth to be done along with the purchase of the necessary materials and agree that Jaguar Austin/Land Rover Austin is not responsible for loss or damage to my vehicle, or articles left in my vehicle, in case of fire, theft, weather related events (including but without limitation freezing temperatures), or any other cause beyond Jaguar Austin/Land Rover Austin's control, and that Jaguar Austin/Land Rover Austin is not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant Jaguar Austin/Land Rover Austin and/or Jaguar Austin/Land Rover Austin's employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purposes of testing and/or inspection. I authorize the removal of/or loaner data as needed to facilitate vehicle repair, as well as sharing of that data with the manufacturer for diagnostic and/or research purposes.

NOTICE PURSUANT TO PROPERTY CODE 170.001: I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OR THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE 9.609, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

I hereby consent to receive voice and electronic communications from or on behalf of Jaguar Austin/Land Rover Austin at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

I hereby acknowledge and agree to the above DISCLAIMER OF WARRANTIES, AUTHORIZATION FOR REPAIRS, as well as acknowledge the above NOTICE PURSUANT TO TEXAS PROPERTY CODE SECTION 70.001

SIGNATURE OF PERSON RESPONSIBLE FOR PAYMENT FOR PERSON RESPONSIBLE FOR PAYMENT



# JAGUAR AUSTIN
# LAND ROVER AUSTIN
1515 West 5th Street
Austin, TX 78703-5131
(512) 236-0000

www.jaguaraustin.com



www.landroveraustin.com

CELL: 254-630-8485

| CUSTOMER NO. 138742 | | | | | | INVOICE DATE 03/08/17 | INVOICE NO. LRCS56879 |
|---|---|---|---|---|---|---|---|
| | | MAT1 | | 3333 | TAG NO. 1233 | | |
| SEJAL PATEL | LABOR RATE | LICENSE NO. | MILEAGE 1,083 | COLOR | | | STOCK NO. |
| 1011 KIM AVE | | | | | | | |
| COPPERAS COVE, TX 76522 | YEAR/MAKE/MODEL 17/LAND ROVER/RANGE ROVER/4DR SUV V8 | DELIVERY DATE | | DELIVERY MILES | | | |
| | VEHICLE I.D. NO. S A L G V 2 F E 0 H A 3 2 1 5 3 4 | SELLING DEALER NO. | | PRODUCTION DATE | | | |
| | F.T.E. NO. | P.O. NO. | R.O. DATE 02/16/17 | | | | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS: | | | | | MO: 1095 |

JOB# 4 CHARGES

LABOR
J# 4 52LRZ03            SOUND SYSTEM                    TECH(S) 3323        0.00
C/S WHEN RADIO IS TURNED ON AND MUSIC OR TALK RADIO STARTS
PLAYING THERE IS A CRACKLING SOUND COMING FROM THE DASHBOARD
AREA. C/S SOUNDS LIKE A CRACKING OR CREAKING NOISE
COULD NOT DUPLICATE AT THIS TIME ALL AUDIO SYSTEMS WORKING
AS DESIGNED.
NO FAULTS STORED IN SYSTEM. CONFIRM ALL INPUTS WORKING AND
SOURCES WORKING

JOB# 4 TOTALS

JOB# 4 JOURNAL PREFIX LRCS   JOB# 4 TOTAL        0.00

JOB# 5 CHARGES

LABOR
J# 5 51LRZ12            WIPERS/WASHER                   TECH(S) 3323        0.00
C/S WHEN IT IS RAINING AND THE AUTO RAIN SENSORS ARE TURNED
ON EVEN ON MAX SETTINGS THE WIPERS ARE NOT WIPING ON THEIR
OWN CUSTOMER HAS TO MANUAL USE THE SWITCH FOR THE WIPERS TO
WORK
WORKING AS DESIGNED. SYSTEM MUST BE TURNED ON AFTER EVERY
IGNITION OFF SAFETY FEATURE TO PREVENT DAMAGE TO WIPERS

JOB# 5 TOTALS

JOB# 5 JOURNAL PREFIX LRCS   JOB# 5 TOTAL        0.00

JOB# 6 CHARGES

LABOR
J# 6 52LRZ01            TRIP SELECT CONCERN             TECH(S) 3323        0.00
C/S WHEN ENTERING DIFFERENT SPEED ZONES THE SPEED LIMIT
DISPLAY WILL NOT CHANGE TO CORRECT SPEED LIMIT. C/S IT WILL
SAY 75MPH AND CUSTOMER WILL ENTER A DIFFERENT SPEED ZONE IT
WILL STAY AT 75 MPH. HAPPENS ON THE SAME DRIVE HOME EVERY
DAY
TEST DROVE SYSTEM CONFIRM SIGN RECOGNITION PICKING UP
DIFFERENT SIGNS AS DRIVING ON HIGHWAY AND CITY ROADS ALL
WORKING AS DESIGNED AT THIS TIME NO FAULTS STORED IN SYSTEM.
SIGNS HAVE TO BE READ BY CAMERA. IF NOT AT RIGHT ANGLE OR
CANNOT READ SYSTEM USES NAVIGATION TO CONFIRM SPEED AND
CERTAIN AREAS MAY NOT BE UP TO DATE.

JOB# 6 TOTALS

JOB# 6 JOURNAL PREFIX LRCS   JOB# 6 TOTAL        0.00

JOB# 7 CHARGES

LABOR
J# 7 50LRZ            ENGINE ELECTRICAL                TECH(S) 3323        0.00
C/S ECO STOP/START FUNCTION IS NOT ALWAYS SHUTTING DOWN THE
VEHICLE WHEN COMING TO A STOP.

DISCLAIMER OF WARRANTIES: Any warranties on the parts and/or accessories sold hereby are made solely by the manufacturer. The undersigned purchaser understands and agrees that (i) Jaguar Austin/Land Rover Austin makes no warranties of any kind, express or implied, and disclaims all warranties, including but not limited to warranties of merchantability and fitness for a particular purpose, with regard to the parts and/or accessories purchased, and (ii) in no event shall Jaguar Austin/Land Rover Austin be liable for incidental, consequential or punitive damages, or commercial losses arising out of such purchase. The undersigned purchaser further understands and agrees that the warranties excluded by Jaguar Austin/Land Rover Austin include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle for any of its systems) to perform with reasonable safety, efficiency and/or comfort.

AUTHORIZATION FOR REPAIRS: I hereby authorize the repair work herein set forth to be done along with the purchase of the necessary materials and agree that Jaguar Austin and Rover Austin is not responsible for loss or damage to my vehicle, or articles left in my vehicle, in case of fire, theft, weather-related events (including but without limitation freezing temperatures), or any other cause beyond Jaguar Austin/Land Rover Austin's control, and that Jaguar Austin/Land Rover Austin is not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant Jaguar Austin/Land Rover Austin and/or Jaguar Austin/Land Rover Austin's employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. I authorize the retrieval of on-board data as needed to facilitate vehicle repair as well as sharing of that data with the manufacturer for diagnostic and/or research purposes.

NOTICE PURSUANT TO PROPERTY CODE, §70.001 I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THIS REPAIR AGREEMENT. I UNDERSTAND THAT THIS VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE §9.609, IF PAYMENT FOR THE REPAIR OF THIS MOTOR VEHICLE IS BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THIS ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

I hereby consent to receive voice and electronic communications from or on behalf of Jaguar Austin/Land Rover Austin at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

I hereby acknowledge and agree to the above DISCLAIMER OF WARRANTIES, AUTHORIZATION FOR REPAIRS, as well as acknowledge and consent PURSUANT TO TEXAS PROPERTY CODE.

SIGNATURE OF CUSTOMER OR CUSTOMER'S OR AGENT FOR PERSON RESPONSIBLE FOR PAYMENT

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First
LAND ROVER Parts Warranty: 12 Months / Unlimited Miles Including Labor;
JAGUAR Parts Warranty 12 Months / Unlimited Miles   CONTINUED ON NEXT PAGE         04:31pm

The Reynolds and Reynolds Company BNANVINC CCTV4892-Q (07/15)



# JAGUAR AUSTIN
# LAND ROVER AUSTIN
**1515 West 5th Street**
**Austin, TX 78703-5131**
**(512) 236-0000**

www.jaguaraustin.com



www.landroveraustin.com

CELL: 254-630-8485

| CUSTOMER NO. 138742 | ADVISOR MATT | | 3333 | TAG NO. 1233 | INVOICE DATE 03/08/17 | INVOICE NO. LRCS56879 |
|---|---|---|---|---|---|---|
| SEJAL PATEL | LABOR RATE | LICENSE NO. | | MILEAGE 1,083 | COLOR | STOCK NO. |
| 1011 KIM AVE | YEAR/MAKE/MODEL 17/LAND ROVER/RANGE ROVER/4DR SUV V8 | | | | DELIVERY DATE | DELIVERY MILES |
| COPPERAS COVE, TX 76522 | VEHICLE I.D. NO. S A L G V 2 F E 0 H A 3 2 1 5 3 4 | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | R.T.S. NO. | | P.O. NO. | | R.O. DATE 02/16/17 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | MO: 1095 |

**JOB# 1 CHARGES**

LABOR:
JB 1 52URZ
C/S AEB FAULT DISPLAYED
SOFTWARE CONFLICT
CONFIRM FAULT: DISPLAYED. FAULT IS UNDER INVESTIGATION WITH
LANDROVER AT THIS TIME. SOFTWARE CONFLICT BETWEEN MODULES

**JOB# 1 TOTALS**

JOB# 1 JOURNAL PREFIX LRCS   JOB# 1 TOTAL    0.00

**JOB# 2 CHARGES**

LABOR:
JB 2 52URZ   BLUETOOTH   TECH(S) 3233   0.00
C/S IS UNABLE TO CONNECT TO PHONE THROUGH BLUETOOTH ON
OCCASION. CUSTOMER SAYS 1 OUT OF EVERY FEW DAYS IT WILL NOT
CONNECT. SAYING UNABLE TO CONNECT
WORKING AS DESIGNED
COULD NOT DUPLICATE AT THIS TIME. USED TECH PHONES IPHONE 6
AND SANSUNG
LINKED EVERY ATTEMPT. WORKING AS DESIGNED AT THIS TIME.
CUSTOMER COULD TRY SETTING PHONE IN CENTER CONSOLE FOR
BETTER COMMUNICATION

**JOB# 2 TOTALS**

JOB# 2 JOURNAL PREFIX LRCS   JOB# 2 TOTAL    0.00

**JOB# 3 CHARGES**

LABOR:
JB 3 09URZ   FUEL SYSTEM   TECH(S) 3233   WARRANTY
C/S WHEN PUMPING GAS THE GAS PUMP WILL CLICK AFTER ONLY 5
GALLONS OR SO OF FUEL
RESTRICTIVE FUEL FILLER PIPE
CONFIRM WHEN TRYING TO FILL TANK CLICKS OFF PERFORM SSM72957
ALL CHECKS GOOD PERFORM BULLETIN LTB0096B INSTALL NEW FUEL
FILLER PIPE TO CORRECT:
CONFIRM FUEL FILLING CORRECTLY

| PARTS | QTY | FP-NUMBER | DESCRIPTION | LIST PRICE UNIT PRICE | |
|---|---|---|---|---|---|
| | 1 | LR093763 | PIPE - FUEL FIL | | WARRANTY |
| | 4 | TYG500130 | BOLT | | WARRANTY |
| | 2 | LR044836 | CONNECTOR - VAL | | WARRANTY |
| | 2 | LR038196 | BOLT | | WARRANTY |
| | 4 | LR051047 | BOLT | | WARRANTY |
| | 2 | LR034277 | NUT | | WARRANTY |

TOTAL - PARTS    0.00

**JOB# 3 TOTALS**

JOB# 3 JOURNAL PREFIX LRCS   JOB# 3 TOTAL    0.00

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First
LAND ROVER Parts Warranty, 12 Months / Unlimited Miles Including Labor.
JAGUAR Parts Warranty, 12 Months / Unlimited Miles Including Labor.

PAGE 1 OF 4                         CONTINUED ON NEXT PAGE     04:31pm

DISCLAIMER OF WARRANTIES: Any warranties on the parts and/or accessories sold hereby are made solely by the manufacturer. The undersigned purchaser understands and agrees that: (i) Jaguar Austin/Land Rover Austin makes no warranties of any kind, express or implied, and disclaims all warranties, including but not limited to warranties of merchantability and fitness for a particular purpose, with regard to the parts and/or accessories purchased and (ii) in no event shall Jaguar Austin/Land Rover Austin be liable for incidental, consequential or punitive damages, or commercial losses, arising out of such purchase. The undersigned purchaser further understands and agrees that the warranties excluded by Jaguar Austin/Land Rover Austin include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle (or any of its systems) to perform with reasonable safety, efficiency and/or comfort.

AUTHORIZATION FOR REPAIRS: I hereby authorize the repair work herein set forth to be done along with the purchase of the necessary materials and agree that Jaguar Austin/Land Rover Austin is not responsible for loss or damage to my vehicle, or articles left in my vehicle, in case of fire, theft, weather related events (including but without limited to freezing temperatures), or any other events beyond Jaguar Austin/Land Rover Austin's control, and that Jaguar Austin/Land Rover Austin is not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier, or transporter. I hereby grant Jaguar Austin/Land Rover Austin and/or Jaguar Austin/Land Rover Austin's employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purposes of testing and/or inspection. I authorize the removal of on-board data as needed to facilitate vehicle repair, as well as sharing of that data with the manufacturer for diagnostic and/or research purposes

NOTICE PURSUANT TO PROPERTY CODE, §70.001 I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE §9.609, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

I hereby consent to receive voice and electronic communications from or on behalf of Jaguar Austin/Land Rover Austin at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

I hereby acknowledge that the above DISCLAIMER OF WARRANTIES, AUTHORIZATION FOR REPAIRS, as well as signed the NOTICE PURSUANT TO TEXAS PROPERTY CODE, SECTION §70.001.

X_____
SIGNATURE OF PERSON RESPONSIBLE OR AGENT FOR PERSON RESPONSIBLE FOR PAYMENT

The Reynolds and Reynolds Company   ERA/XTIME   OOTO46862 O (7/15)



autobahn

[illegible] Road
Fort Worth, TX 761[illegible]
(817) [illegible]

# CUSTOMER REPAIR ORDER

| | | | | | |
|---|---|---|---|---|---|
| Customer: Ura Patil | | Year: | Make: L/R | Model: RRS | Mileage: 1717 |
| Street Address: | | Color: White | Tag No.: 6454 | License: | |
| City: | State: Zip: | | | | |
| Home Phone: | Business Phone: | VIN: SALGV2FE0HA321534 | | | |
| Cell Phone: 254 368 4166 | Email: | | Customer Initials: | Estimate $: | |

Vehicle Problems/Service

[illegible] Remote start does not work

Traction reduced / ACB [illegible] - [illegible]

with high beam [illegible] / [illegible] right

Authorization: I authorize Autobahn Motorcar Group ("Autobahn") to perform all work needed to address the listed Vehicle Problems/Service on the above described vehicle ("Vehicle"), including all necessary parts and other materials and any other work (the "Repairs"). I authorize Autobahn to operate the Vehicle [illegible] for the purpose of inspecting and/or testing the Vehicle, and to retrieve on-board data and share that data with the [illegible] for Repairs, diagnostic and research purposes. I agree that Autobahn is not liable for any delays caused by unavailability or delayed delivery of parts and other materials for any reason. I do not request an estimate for the Repairs, unless I have initialed the box above. [illegible]

[illegible] Lien: I acknowledge an express [illegible] lien on the Vehicle to secure the cost of the Repairs and an express [illegible] lien on the Vehicle to secure the amount of any storage fees, and understand that Autobahn may retain possession of the Vehicle until it is paid for all Repairs and any storage fees.

Insurance: I agree that I am responsible for having automobile insurance to cover any loss or damage to the Vehicle and any personal items left in the Vehicle while in Autobahn's possession for the Repairs. I release Autobahn from any liability for loss of damage to the Vehicle and any personal items left in the Vehicle while in Autobahn's possession, when such loss or damage is due to fire, theft, or any other cause beyond Autobahn's control, and I waive subrogation of any such loss or damage.

WARRANTY DISCLAIMERS: I ACKNOWLEDGE THAT ALL PARTS AND ACCESSORIES SOLD AND ALL REPAIRS PROVIDED BY AUTOBAHN ARE AS IS AND THE ONLY WARRANTIES [illegible] PARTS AND ACCESSORIES OR REPAIRS ARE THOSE WHICH MAY BE OFFERED BY THE MANUFACTURER OR ORIGINAL PARTS DISTRIBUTOR, AND I AGREE THAT ONLY SUCH MANUFACTURER OR DISTRIBUTOR SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES. AUTOBAHN MAKES NO WARRANTY ABOUT THE PARTS, ACCESSORIES AND REPAIRS, EITHER EXPRESS OR IMPLIED, INCLUDING NO WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. IN NO EVENT SHALL CUSTOMER BE ENTITLED TO RECOVER FROM AUTOBAHN ANY CONSEQUENTIAL DAMAGES, DAMAGES TO PROPERTY, DAMAGES FOR LOSS OF USE, LOSS OF TIME, LOSS OF PROFIT OR INCOME, OR ANY OTHER INCIDENTAL DAMAGES.

[illegible]: I have provided [illegible] the Customer and Vehicle Problems/Service Information listed above, and it is accurate. I represent [illegible] or the Customer's agent and that I have the authority to enter this Customer Repair Order.

[signature] 3/29/17

Customer Signature Date

Notice Pursuant to § 70.[illegible] Texas Property Code

[illegible]

Signature of Customer responsible for [illegible]

FRONT

REAR

CUSTOMER # 214590

AMIT O PATEL
2011 PKM AVE
COPPERAS COVE, TX 76522
KWIKKARLUBANDTUNE@HOTMAIL.COM

522773
WORKORDER
REPRINT
PAGE 1

**autobahn**
FORT WORTH
3000 WHITE SETTLEMENT RD
FORT WORTH
(817) 306-6666

SERVICE ADVISOR: 230 TAYLOR, ZACHARY D

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| WHITE | 2017 | LAND ROVER RANGE ROV | SALGV2FE0HA324514 | | 1247 | 1641 |

| DELIVER DATE | PROD DATE | WARR EXP | PROMISED | PO NO | PAYMENT | PAYMENT | INV/DATE |
|--------------|-----------|----------|----------|-------|---------|---------|----------|
| 29JAN17 | | | 16:00 29MAR17 | | | CASH | |

R.O. OPEN DATE          READY        OPTIONS: SOLD-BTK: LL7123
29MAR2017 14:48

LINE OP CODE  TECH  TYPE  DESCRIPTIONS/INSTRUCTIONS
A 30  RENTAL VEHICLE

B  30  CUSTOMER REPORTS THAT WHEN USING THE INCONTROL APP
          TO REMOTE START THE VEHICLE IT DOES NOT WORK ALL THE
          TIME. IT WILL WORK SOMETIMES IN THE AFTERNOON TIME, BUT
          NEVER IN THE MORNING

C  30  CUSTOMER REPORTS "TRACTION REDUCED" MESSAGE
          APPEARING IN THE INFORMATION CENTER

D  30  CUSTOMER REPORTS "ABS INITIALISING" MESSAGE
          APPEARING IN THE INFO CENTER. THE MESSAGE NEVER
          GOES AWAY NO MATTER HOW MUCH THE VEHICLE IS DRIVEN

AUTHORIZED BY
REVISED
ESTIMATE 1
REVISED
ESTIMATE 2
REVISED
ESTIMATE 3

CUSTOMER COPY





CUSTOMER #: 214590

MITAG, PATEL
1011 PRIM AVE
COPPERAS COVE, TX, 76522
KWIKKARLUBEANDTUNE@HOTMAIL.COM
HOME:
BUS:              CONT:254-368-4146
                  CELL:254-368-4146

522773
WORKORDER
REPRINT
PAGE:2

autobahn
MOTORCAR GROUP
3000 White Settlement Road
Fort Worth, TX 76107
(817) 336-0885

SERVICE ADVISOR: 2301 TAYLOR, ZACHARY, D

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|-------|------|------------|-----|---------|----------------|-----|
| White | 17 | LAND ROVER RANGE ROV | SALGV2FE0HA321534 | | 1717 | T4454 |

| DEL DATE | PROD DATE | WARR EXP | PROMISED | R/O NO | RATE | PAYMENT | INV DATE |
|----------|-----------|----------|----------|--------|------|---------|----------|
| 11 JAN 17 TX | | | 18:00 29MAR17 | | | CASH | |

R/O OPENED         READY           OPTIONS # SOLD-STK:U17121

29MAR2017:14:46

LINE OP-CODE  TECH  TYPE  DESCRIPTIONS /INSTRUCTIONS

CUSTOMER REPORTS AUTO HIGH BEAM SENSOR BLOCKED
MESSAGE IS APPEARING IN THE INFO CENTER CC

CUSTOMER REPORTS HEADLINER IS SHRINKING (ON RIGHT SIDE)
ABOVE BOTH RIGHT SIDE SEATS CC

COMMENTS CC CREATED 2017-03-21 08:36:00AM TAKEN BY SHILBY, SHIRLEY

COMPANY NAME Guidepoint Tracking
COMPANY PHONE
POLICY NUMBER                 TBD
POLICY HOLDER
EFFECTIVE DATE               JAN 2030
DEDUCTIBLE
MILEAGE LIMIT
BEGIN MILES
END MILES
COMPONENTS

AUTHORIZED BY
PRELIM
ESTIMATE 1                    DATE      TIME      BY
REVISED
ESTIMATE 1
REVISED
ESTIMATE 1

I HEREBY ACKNOWLEDGE THAT I WAS NOTIFIED & GAVE ORAL APPROVAL
OF THE ABOVE REVISED ESTIMATE(S)

X

CUSTOMER COPY



autobahn

# CUSTOMER REPAIR ORDER

| | | | | |
|---|---|---|---|---|
| Customer: Ari Patel | Year: | Make: L/R | Model: RRS | Mileage: 1717 |
| Address: | Color: White | Tag: 6454 | License: | |
| City: | State: | Zip: | VIN: [illegible]OHA321534 | |
| Home Phone: | Business Phone: | | | |
| Cell: 254 368 4146 | Email: | | Customer Initials: | Estimate $: |

[illegible] Remote start does not work

[illegible]

[illegible]

[illegible]

3/21/13

CONT: 254-368-4146          PAGE 2          FORT WORTH, TX 76107
CELL: 254-368-4146                          (817) 336-0885

| YEAR | MAKE/MODEL | SERVICE ADVISOR: 230 ZACHARY D TAYLOR | | | | |
|------|------------|------|------|------|------|------|
| | | VIN | LICENSE | MILEAGE IN/OUT | TAG |
| 17 | LAND ROVER RANGE ROV | SALGV2BE0HA321534 | | 1711/1718 | 16454 |
| PROD DATE | WARR EXP | PROMISED | PO NO. | RATE | PAYMENT | INV DATE |
| | | 18:00 29MAR17 | | | CASH | 31MAR17 |
| READY | OPTIONS: | SOLD STK L17123 | | | |

R17  16,391 1MAR17
TECH TYPE HOURS

It code U3000 96, submitted TA #2334279, performed SSM
software download and test drove vehicle with no concern.

| | LIST | NET | TOTAL |

*********************************

REPORTS "AUTO HIGH BEAM SENSOR BLOCKED" MESSAGE
THE INFO CENTER

DSC  ELECTRICAL
900        W
0.00  LABOR
problem
after download

REPORTS HEADLINER

| | DESCRIPTION | | |
|--|-------------|--|--|
| | LABOR AMOUNT | | 0.00 |
| | PARTS AMOUNT | | 0.00 |
| | GAS OIL | | 0.00 |
| | SUBLET AMOUNT | | 0.00 |
| | MISC CHARGES | | 0.00 |
| | TOTAL CHARGES | | 0.00 |
| | LESS INSURANCE | | 0.00 |
| | SALES TAX | | 0.00 |
| | PLEASE PAY THIS AMOUNT | | 0.00 |

CUSTOMER COPY





CUSTOMER # 214590

AMIT C PATEL
1011 KIM AVE
COPPERAS COVE, TX 76522
HOME:
BUS:

INVOICE 522773

**autobahn** MOTORCAR GROUP
FORT WORTH
3000 White Settlement Road
Fort Worth, TX 76107
(817) 336-0885

DUPLICATE 2
PAGE 2

CONT: 254-368-4446
CELL: 254-368-4146

SERVICE ADVISOR: 230 ZACHARY T TAYLOR

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN/OUT | TAG |
|---|---|---|---|---|---|---|
| White | 2017 | LAND ROVER RANGE ROV | SALGV2FE0HA321534 | | 1717/1718 | 76454 |

| DEL DATE | PROD. DATE | WARR EXP | PROMISED | PO NO | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 11JAN17 | | | 16:00 29MAR17 | | | CASH | 31MAR17 |
| 11JAN17 | | | | | | | |

| R.O. OPENED | READY | OPTIONS | SOLD-STK T17012 |
|---|---|---|---|
| 14:46 12 29MAR17 | 16:49 29MAR17 | | |

LINE OPCODE TECH TYPE HOURS           LIST   NET   TOTAL

found fault code U3000-96 on WCU, cleared TM #2330379
completed software download and test drove vehicle with no returning faults.

B CUSTOMER REPORTS "AUTO HIGH BEAM" SENSOR BLOCKED MESSAGE IS APPEARING
IN THE INFO CENTER

CAUSE:
30 MISC ELECTRICAL

PARTS     0.00 LABOR     0.00 OTHER     0.00 TOTAL LINE B     0.00
1717 This problem was not able to duplicate. the TM#? problem is resolved after download was performed.

C CUSTOMER REPORTS HEADLINER IS WRINKLED ON RIGHT SIDE ABOVE BOTH RIGHT
SIDE SEATS

CAUSE:
80 BODY EXTERIOR

PARTS     0.00 LABOR     0.00 OTHER     0.00 TOTAL LINE C     0.00
1717 no fault found with the headliner. informed customer that the headliners are made out of fabric so the manufactural material in many headliners will be slightly different.

CC CREATED 2017-03-21
08:36:00AM TAKEN BY: SHELE
SHEELEY

NOT RESPONSIBLE FOR LOSS OR DAMAGE TO CARS OR ARTICLES LEFT IN CARS IN CASE OF FIRE, THEFT OR ANY OTHER CAUSE BEYOND OUR CONTROL...

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| PLEASE PAY THIS AMOUNT | 0.00 |

CUSTOMER COPY



CUSTOMER #: 214590

522770

*INVOICE*

**autobahn**

AMIT O. PATEL
1011 KIRA AVE
COPPERAS COVE, TX 7652...
HOME:         CNT: 254-368-4246
BUS:          CELL: 254-368-4246

DUPLICATE
PAGE 1

SERVICE ADVISOR:

| COLOR | YEAR | MAKE/MODEL | | | | |
|-------|------|------------|--|--|--|--|
| White | 17 | LAND ROVER RANGE ROV | | | | |

DELDATE  PROD.DATE  WARR.EXP  MILEAGE  IN  MILEAGE OUT

11JAN17 IN
11JAN17 IN

R.O. OPENED   READY

24:16:29MAR17  16:39:31MAR17

LINE OPCODE TECH TYPE HOURS

A RENTAL VEHICLE
CAUSE: F:
    95 RENTAL VEHICLE       SUBLET
          900         C
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A

B CUSTOMER REPORTS THAT WHEN USING THE REMOTE START FOR...
    THE VEHICLE, IT DOES NOT WORK ALL THE TIME. WILL WORK...
    IN THE AFTERNOON TIME, BUT NEVER IN THE MIDDLE...
CAUSE: F:
    30 MISC. ELECTRICAL
          900
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE B
1717 Tested remote start...
vehicle start correction...

C CUSTOMER REPORTS THAT...
    SUSPENSION CAUSED
CAUSE: F:
    60 SUSPENSION/STEERING
          900
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE C
1717 Could not replace...

D CUSTOMER REPORTS THAT INITIALIZING MESSAGE APPEARING...
    CENTER. THIS MESSAGE NEVER GOES AWAY AS LONG AS...
    VEHICLE IS DRIVEN
CAUSE: F:
    50 BRAKES
          900
PARTS:     0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D
1717 Using...
process...

CUSTOMER COPY





JAGUAR AUSTIN
LAND ROVER AUSTIN
1515 West 5th Street
Austin, TX 78703-5131
(512) 236-0000

RANGE ROVER
www.landroveraustin.com

CELL: 254-630-8485

138742

SEJAL PATEL
1011 KIM AVE
COPPERAS COVE, TX 76522

MATT    3333    2507    05/08/17    LRCS58484

2,352

17/ LAND ROVER/RANGE ROVER/4DR SUV V8

SALGV2FE0HA321534    04/19/17

MO: 2359

**JOB# 1 CHARGES**    TECH(S):3223    WARRANTY
LABOR
JOB#1:52URZZ    C/S VEHICLE DOES NOT RECOGNIZE HIGHWAY SIGNS WHILE DRIVING.
CONFIGURATION HPA MODULE. AEB FAULT AND SIGN
CONFIRM SYSTEM FAULTS IN HPA MODULE. AEB FAULT AND SIGN
RECOGNITION INOPERATIVE. RUN A HPA CONFIGURATION PER TECH
LINE. CLEAR CODES. TEST DRIVE ALL SYSTEMS OPERATING AT THIS
TIME. NO FAULTS RETURNED
CONFIGURATION.

JOB# 1 TOTALS    JOB# 1 JOURNAL PREFIX LRCS JOB# 1 TOTAL    0.00

**JOB# 2 CHARGES**    0.00
LABOR    TECH(S):3223
JOB#2:24DLRZ    C/S AUTONOMOUS BRAKING FEATURE IS DISPLAYED AS INOPERATIVE
AEB N/A'S
SEE LINE 1

JOB# 2 TOTALS    JOB# 2 JOURNAL PREFIX LRCS JOB# 2 TOTAL    0.00

**JOB# 3 CHARGES**    0.00
LABOR    TECH(S):3223
JOB#3:35URZ    BODY ELECTRICAL
C/S WHEN PULLING OUT OF A PARKING SPOT THERE IS A RANDOM
LOUD BEEPING SOUND WITH A GREEN TRIANGLE AROUND A CAR
DISPLAYED WHILE THE BEEPING IS HAPPENING
COULD NOT DUPLICATE CONCERN AT THIS TIME
GREEN TRIANGLE AND CAR IS FORWARD ALERT SYSTEM

JOB# 3 TOTALS    JOB# 3 JOURNAL PREFIX LRCS JOB# 3 TOTAL    0.00

**JOB# 4 CHARGES**    0.00
LABOR    TECH(S):3223
JOB#4:60URZ    INT. TRIM CONCERN
C/S WHEN GOING IN THE MENU OPTIONS THROUGH THE STEERING
WHEEL IT WILL NOT ALLOW THE CUSTOMER TO SELECT AEB LANE
KEEP ASSIST BLIND SPOT MONITOR AND TRAFFIC SIGN RECOGNITION
SEE LINE 1

JOB# 4 TOTALS    JOB# 4 JOURNAL PREFIX LRCS JOB# 4 TOTAL    0.00

**JOB# 5 CHARGES**
LABOR

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First
LAND ROVER Parts Warranty 12 Months / Unlimited Miles (Except Labor)
JAGUAR PARTS COMPANY 2 Months / Unlimited Miles    CONTINUED ON NEXT PAGE    03:07pm
PAGE 1 OF 2

**JAGUAR AUSTIN**
**LAND ROVER AUSTIN**
1515 West 5th Street
Austin, TX 78703-5131
(512) 236-0000



www.landroveraustin.com

CELL: 254-630-8485

| 138742 | MATT | 3333 | 2507 | 05/08/17 | LRC558484 |

SEJAL PATEL
1011 KIM AVE
COPPERAS COVE, TX 76522

17/LAND ROVER/RANGE ROVER/4DR SUV V8   MILEAGE 2,352

S A L G V 2 F E 0 H A 3 2 1 5 3 4

04/19/17

RO#: 2359

**JOB# 5 60LRZ**   INTERIOR TRIM   TECH(S):3223   0.00
C/S CANT ACCESS CAMERA DISPLAYS THROUGH MENU
WORKING AT THIS TIME. ALL CAMERAS WORKING NO FAULTS STORED
SYSTEM WORKING AS DESIGNED

JOB# 5 TOTALS:

JOB# 5 JOURNAL PREFIX LRCS  JOB# 5 TOTAL   0.00

**JOB# 6 CHARGES**
LABOR   ENGINE MINOR   TECH(S):3223   0.00
OF 6 11LRZ
C/S TRACTION REDUCED DISPLAYED
NO FAULT AT THIS TIME ALL WORKING TO MANUFACTURE SPEC.

JOB# 6 TOTALS:

JOB# 6 JOURNAL PREFIX LRCS  JOB# 6 TOTAL   0.00

**JOB# 7 CHARGES**
LABOR   SOUND SYSTEM   TECH(S):3223   0.00
OF 7 52LRZ03
C/S THERE IS A STATIC COMING IN THE VEHICLE WHEN RADIO IS
ON C/S IT IS WORSE WHEN PLAYING CERTAIN STATIONS RADIO
STATIC IS COMING FROM STATION WITH AUDIO SYSTEM OTHER
STATIONS COME IN CLEAR ALL WORKING TO SPECIFICATIONS AT
THIS TIME

JOB# 7 TOTALS:

JOB# 7 JOURNAL PREFIX LRCS  JOB# 7 TOTAL   0.00

**JOB# 8 CHARGES**
LABOR   AUTO TRANSMISSION   TECH(S):3223   0.00
OF 8 30LRZ
C/S WHEN PUTTING THE VEHICLE INTO REVERSE AND REVERSING
THERE IS A BAD CLUNKING NOISE COMING FROM THE VEHICLE
COULD NOT DUPLICATE AT THIS TIME. NO FAULTS STORED. INFORM
CUSTOMER IF PARKING ON INCLINE OR DECLINE NOISE IS NORMAL

JOB# 8 TOTALS:

JOB# 8 JOURNAL PREFIX LRCS  JOB# 8 TOTAL   0.00

**JOB# 9 CHARGES**
LABOR   BODY ELECT CONCERN   TECH(S):3223   0.00
OF 9 51LRZ01
C/S LANE KEEP ASSIST IS INOPERATIVE
SYSTEM WORKING CORRECTLY AFTER UPDATE

JOB# 9 TOTALS:

JOB# 9 JOURNAL PREFIX LRCS  JOB# 9 TOTAL   0.00

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First
LAND ROVER Parts Warranty, 12 Months / Unlimited Miles Including Labor
JAGUAR Parts Warranty, 12 Months / Unlimited Miles   (CONTINUED ON NEXT PAGE)   03:07pm

OF 4

DISCLAIMER OF WARRANTIES

MINIMIZATION FOR REPAIRS

NOTICE PURSUANT TO PROPERTY CODE

JAGUAR AUSTIN
LAND ROVER AUSTIN
1515 West 5th Street
Austin, TX 78703-5131
(512) 236-0000

www.jaguaraustin.com    www.landroveraustin.com



CELL: 254-630-8485

138742    MATT    3333    2507    05/08/17    LRC658484

SEJAL PATEL
1011 KIM AVE
COPPERAS COVE, TX 76522

17 LAND ROVER/RANGE ROVER/4DR SUV/V8

SALGV2FE0HA321589

04/19/17

NO. 2350

**JOB# 10 CHARGES**
LABOR    ACCESSORIES    (TECH(S): 3223)    0.00
D1201850RZ  TSON IN CONTROL OPTIONS ON THE PHONE, CUSTOMER IS GETTING A
READING THAT REMOTE CLIMATE TS N/A

**JOB# 10 TOTALS**
JOB# 10 JOURNAL PREFIX: LRCS  JOB# 10 TOTAL    0.00

**JOB# 11 CHARGES**
LABOR    (TECH(S): 3223)    0.00
D11300LR29991  LOANER CAR
LOANER CAR
LOANER CAR

**JOB# 11 TOTALS**
JOB# 11 JOURNAL PREFIX: LRCS  JOB# 11 TOTAL    0.00

**JOB# 12 CHARGES**
LABOR    MULTI-POINT INSP    (TECH(S): 3223)    0.00
D1200LR29999  COMPLIMENTARY MULTI-POINT INSPECTION (A $59.95 VALUE)
PERFORM MPI

**JOB# 12 TOTALS**
JOB# 12 JOURNAL PREFIX: LRCS  JOB# 12 TOTAL    0.00

**JOB# 13 CHARGES**
LABOR    SERV COURTESY WASH    (TECH(S): 88)    0.00
D1300LRZ1070  SERV COURTESY WASH
SERV COURTESY WASH
COMPLETED SER COURTESY WASH

MISC    CODE    DESCRIPTION    CONTROL NO:
G16  SERVICE COURTESY WASH    58484    12.00
128  SERVICE COURTESY WASH    12.00
TOTAL MISC    0.00

**JOB# 13 TOTALS**
JOB# 13 JOURNAL PREFIX: LRCS  JOB# 13 TOTAL    0.00

COMMENTS
MATT  EVS THIS VEHICLE AND GIVE THE RO TO ME  CH

Labor Warranted for 90 Days / 4000 Miles Whichever occurs first.
LAND ROVER Parts Warranty 12 Months / Unlimited Miles (including tires)
JAGUAR Customer 12 Month / Unlimited Miles  CONTINUED ON NEXT PAGE    03:07pm

PAGE 3 OF 4



**JAGUAR AUSTIN**
**LAND ROVER AUSTIN**
1515 West 5th Street
Austin, TX 78703-5131
(512) 236-0000

www.landroveraustin.com

CELL: 254-630-8485

138742    MATT    3333    2507    05/08/17    CR-558484

SEJAL PATEL
1011 KEM AVE
COPPERAS COVE, TX 76522

L77 LAND ROVER/RANGE ROVER/4DR SUV V8

S A L G V 2 F E 0 H A 3 2 4 1 5 3 4

04/19/17

| | TOTAL LABOR | 0.00 |
| CASH  CHECK (CK NO.    ) | TOTAL PARTS | 0.00 |
| | TOTAL SUBLET | 0.00 |
| | TOTAL GEOG | 0.00 |
| VISA  MASTERCARD  DISCOVER | TOTAL MISC CHG | 12.00 |
| | TOTAL MISC DISC | 12.00 |
| AMEX-PRESS  OTHER  CHARGE | TOTAL TAX | 0.00 |
| | **TOTAL INVOICE $** | **0.00** |

THANK YOU FOR YOUR BUSINESS!!

CUSTOMER SIGNATURE

*John, we talked with*
*Chris, Svc Man.*

03:07pm
END OF INVOICE



# JAGUAR AUSTIN
# LAND ROVER AUSTIN
1515 West 5th Street
Austin, TX 78703-5131
(512) 236-0000

www.jaguaraustin.com



www.landroveraustin.com

CELL: 254-630-8485

| CUSTOMER NO. 138742 | ADVISOR MATT | | 3333 | TAG NO. 1233 | INVOICE DATE 03/08/17 | INVOICE NO. LRCS56879 |
|---|---|---|---|---|---|---|
| SEJAL PATEL | LABOR RATE | LICENSE NO. | | MILEAGE 1,083 | COLOR | STOCK NO. |
| 1011 KIM AVE. COPPERAS COVE, TX. 76522 | YEAR/MAKE/MODEL 17/LAND ROVER/RANGE ROVER/4DR SUV V8 | | | | DELIVERY DATE | DELIVERY MILES |
| | VEHICLE I.D. NO. S A L G V 2 F E 0 H A 3 2 1 5 3 4 | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E NO. | | P.O. NO. | | R. O. DATE 02/16/17 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | MO: 1095 |

```
JOB# 12 CHARGES-----
LABOR
J912-90TR210          SERV COURTESY WASH                          TECH(S) 08                0.00
     SERV COURTESY WASH
     SERV COURTESY WASH
     COMPLETED SER COURTESY WASH

MISC----CODE---- ----DESCRIPTION---- ----          CONTROL NO
     G16   SERVICE COURTESY WASH              56879              12.00
     I28   SERVICE COURTESY WASH                                 12.00
                                        TOTAL - MISC              0.00
JOB# 12 TOTALS----

              JOB# 12 JOURNAL PREFIX  LRCS  JOB# 12 TOTAL          0.00

TOTALS-----
******************************************
                                    TOTAL LABOR             0.00
[ ] CASH   [ ] CHECK  CK NO. [    ]      TOTAL PARTS              0.00
                                         TOTAL SUBLET            0.00
[ ] VISA   [ ] MASTERCARD  [ ] DISCOVER  TOTAL G.O.G.            0.00
                                         TOTAL MISC-CHG         12.00
[ ] AMER EXPRESS  [ ] OTHER  [ ] CHARGE  TOTAL MISC DISC        12.00
                                         TOTAL TAX               0.00
******************************************
                                    TOTAL INVOICE $         0.00
THANK YOU FOR YOUR BUSINESS!!
```

CUSTOMER SIGNATURE

DISCLAIMER OF WARRANTIES: Any warranties on the parts and/or accessories sold hereby are made solely by the manufacturer. The undersigned purchaser understands and agrees that: (i) Jaguar Austin/Land Rover Austin makes no warranties of any kind, express or implied, and disclaims all warranties, including but not limited to warranties of merchantability and fitness for a particular purpose, with regard to the parts and/or accessories purchased; and (ii) in no event shall Jaguar Austin/Land Rover Austin be liable for incidental, consequential or punitive damages, or commercial losses, arising out of such purchase. The undersigned purchaser further understands and agrees that the warranties excluded by Jaguar Austin/Land Rover Austin include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle (or any of its systems) to perform with reasonable safety, efficiency and/or comfort.

AUTHORIZATION FOR REPAIRS: I hereby authorize the repair work herein set forth to be done along with the purchase of the necessary materials and agree that Jaguar Austin/Land Rover Austin is not responsible for loss or damage to my vehicle, or articles left in my vehicle, in case of fire, theft, weather related events (including but without limitation freezing temperatures), or any other cause beyond Jaguar Austin/Land Rover Austin's control, and that Jaguar Austin/Land Rover Austin is not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant Jaguar Austin/Land Rover Austin and/or Jaguar Austin/Land Rover Austin's employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purposes of testing and/or inspection. I authorize the removal of on-board data as needed to facilitate vehicle repair, as well as sharing of that data with the manufacturer for diagnostic and/or research purposes.

NOTICE PURSUANT TO PROPERTY CODE, §70.001 I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE §9.609, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

I hereby consent to receive voice and electronic communications from or on behalf of Jaguar Austin/Land Rover Austin at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

I hereby acknowledge and agree to the above DISCLAIMER OF WARRANTIES, AUTHORIZATION FOR REPAIRS, as well as acknowledge the above NOTICE PURSUANT TO TEXAS PROPERTY CODE SECTION 70.001

X_____
SIGNATURE OF THE PERSON RESPONSIBLE FOR PAYMENT FOR PERSON RESPONSIBLE FOR PAYMENT

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First.
LAND ROVER Parts Warranty; 12 Months / Unlimited Miles including Labor.
JAGUAR Parts Warranty; 12 Months / Unlimited Miles including Labor

END OF INVOICE  04:31pm



## JAGUAR AUSTIN
## LAND ROVER AUSTIN
1515 West 5th Street
Austin, TX 78703-5131
(512) 236-0000

www.jaguaraustin.com



www.landroveraustin.com

CELL: 254-630-8485

| CUSTOMER NO. 138742 | | ADVISOR MATT | | | 3333 | TAG NO. 1233 | INVOICE DATE 03/08/17 | INVOICE NO. LRCS56879 |
|---|---|---|---|---|---|---|---|---|
| SEJAL PATEL | | LABOR RATE | LICENSE NO. | | MILEAGE 1,083 | | COLOR | STOCK NO. |
| 1011 KIM AVE | | YEAR/MAKE/MODEL 17/LAND ROVER/RANGE ROVER/4DR SUV V8 | | | | | DELIVERY DATE | DELIVERY MILES |
| COPPERAS COVE, TX 76522 | | VEHICLE I.D. NO. S A L G V 2 F E 0 H A 3 2 1 5 3 4 | | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | | F.T.E. NO. | | P.O. NO. | | | R.O. DATE 02/16/17 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | | | MO: 1095 |

WORKING AT THIS TIME. SYSTEM HAS NO FAULTS AND IS WORKING.
VEHICLE DECIDES WHEN TO SHUT OFF, AND TO KEEP RUNNING
DEPENDING ON PARAMETERS BEING MET DURING DRIVING.

JOB# 7 TOTALS

JOB# 7 JOURNAL PREFIX LRCS   JOB# 7 TOTAL        0.00

JOB# 8 CHARGES

LABOR
J#-B-52LRZZ          TRTH ELECTR CONCERNS
C/S DATE IS NOT DISPLAYED ON HOME SCREEN OR ENTERTAINMENT
CENTER
DATE DISPLAYED ON SPEED CLUSTER WHEN CYCLED THROUGH
INFORMATION BUTTON

JOB# 8 TOTALS

JOB# 8 JOURNAL PREFIX LRCS   JOB# 8 TOTAL        0.00

JOB# 9 CHARGES

LABOR
J#-9-60LRZZ          INTERIOR DIRTY
C/S RADIO IS TURNING ON BY ITSELF WHEN ENTERING INTO
VEHICLE. RANDOMLY WILL TURN ON AFTER CUSTOMER IS CERTAIN SHE
HAS TURNED IT OFF.
COULD NOT DUPLICATE WHEN ENTERING VEHICLE, ALL WORKING TO
SPEC AT THIS TIME

JOB# 9 TOTALS

JOB# 9 JOURNAL PREFIX LRCS   JOB# 9 TOTAL        0.00

JOB# 10 CHARGES

LABOR
J#10-00LRZ9991       LOANER
LOANER CAR
LOANER CAR

JOB# 10 TOTALS

JOB# 10 JOURNAL PREFIX LRCS   JOB# 10 TOTAL        0.00

JOB# 11 CHARGES

LABOR
J#11-00LRZ9999       MULTI-POINT INSP
COMPLIMENTARY MULTIPOINT INSPECTION A $59.95 VALUE

PERFORM MPI

JOB# 11 TOTALS

JOB# 11 JOURNAL PREFIX LRCS   JOB# 11 TOTAL        0.00

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First.
LAND ROVER Parts Warranty, 12 Months / Unlimited Miles Including Labor.
JAGUAR Parts Warranty, 12 Months / Unlimited Miles Including Labor.

PAGE 3 OF 4        [CONTINUED ON NEXT PAGE]        04:31pm

DISCLAIMER OF WARRANTIES: Any warranties on the parts and/or accessories sold hereby are made solely by the manufacturer. The undersigned purchaser understands and agrees that: (i) Jaguar Austin/Land Rover Austin makes no warranties of any kind, express or implied, and disclaims all warranties, including but not limited to warranties of merchantability and fitness for a particular purpose, with regard to the parts and/or accessories purchased; and (ii) in no event shall Jaguar Austin/Land Rover Austin be liable for incidental, consequential or punitive damages, or commercial losses, arising out of such purchase. The undersigned purchaser further understands and agrees that the warranties excluded by Jaguar Austin/Land Rover Austin include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality or that they will outlast any vehicle (or any of its systems) to perform with reasonable safety, efficiency and/or comfort.

AUTHORIZATION FOR REPAIRS: I hereby authorize the repair work herein set forth to be done along with the purchase of the necessary materials and agree that Jaguar Austin/Land Rover Austin is not responsible for loss or damage to my vehicle, or articles left in my vehicle, in case of fire, theft, weather related events (including but without limitation freezing temperatures), or any other cause beyond Jaguar Austin/Land Rover Austin's control, and that Jaguar Austin/Land Rover Austin is not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant Jaguar Austin/Land Rover Austin and/or Jaguar Austin/Land Rover Austin's employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. I authorize the storage of the repaired data as needed to facilitate vehicle repair, as well as sharing of that data with the manufacturer for diagnostic and/or research purposes.

NOTICE PURSUANT TO PROPERTY CODE SECTION 70.001: I AM THE PERSON, OR AGENT ACTING ON BEHALF OF THE PERSON, WHO IS OBLIGATED TO PAY FOR THE REPAIR OR THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE §9.601, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS; OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

I hereby consent to receive voice and electronic communications from or on behalf of Jaguar Austin/Land Rover Austin at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

I hereby acknowledge and agree to the above DISCLAIMER OF WARRANTIES, AUTHORIZATION FOR REPAIRS, as well as acknowledge the above NOTICE PURSUANT TO TEXAS PROPERTY CODE SECTION 70.001.

X
SIGNATURE OF THE PERSON
FOR PERSON RESPONSIBLE FOR PAYMENT



# JAGUAR AUSTIN
# LAND ROVER AUSTIN
### 1515 West 5th Street
### Austin, TX 78703-5131
### (512) 236-0000

www.jaguaraustin.com



www.landroveraustin.com

CELL: 254-630-8485

| CUSTOMER NO. 138742 | ADVISOR MATT | | 3333 | TAG NO. 1233 | INVOICE DATE 03/08/17 | INVOICE NO. LRCS56879 |
|---|---|---|---|---|---|---|
| SEJAL PATEL | LABOR RATE | LICENSE NO. | | MILEAGE 1,083 | COLOR | STOCK NO. |
| 1011 KIM AVE | YEAR/MAKE/MODEL 17/LAND ROVER/RANGE ROVER/4DR SUV V8 | | | | DELIVERY DATE | DELIVERY MILES |
| COPPERAS COVE, TX 76522 | VEHICLE I.D. NO. S A L G V 2 F E 0 H A 3 2 1 5 3 4 | | | | SELLING DEALER NO. | PRODUCTION DATE |
| | F.T.E. NO. | | P.O. NO. | | R.O. DATE 02/16/17 | |
| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS | | | | MO: 1095 |

JOB# 4 CHARGES
LABOR
J# 4 52LRZ03   SOUND SYSTEM   TECH(S)3323   0.00
C/S WHEN RADIO IS TURNED ON AND MUSIC OR TALK RADIO STARTS
PLAYING THERE IS A CRACKLING SOUND COMING FROM THE DASHBOARD
AREA. C/S SOUNDS LIKE A CRACKING OR CREAKING NOISE.
COULD NOT DUPLICATE AT THIS TIME ALL AUDIO SYSTEMS WORKING
AS DESIGNED.
NO FAULTS STORED IN SYSTEM. CONFIRM ALL INPUTS WORKING AND
SOURCES WORKING

JOB# 4 TOTALS
                    JOB# 4 JOURNAL PREFIX LRCS   JOB# 4 TOTAL   0.00

JOB# 5 CHARGES
LABOR
J# 5 51LRZ12   WIPER/WASHER   TECH(S)3323   0.00
C/S WHEN IT IS RAINING AND THE AUTO RAIN SENSORS ARE TURNED
ON EVEN ON MAX SETTINGS THE WIPERS ARE NOT WIPING ON THEIR
OWN CUSTOMER HAS TO MANUAL USE THE SWITCH FOR THE WIPERS TO
WORK
WORKING AS DESIGNED. SYSTEM MUST BE TURNED ON AFTER EVERY
IGNITION OFF. SAFETY FEATURE TO PREVENT DAMAGE TO WIPERS

JOB# 5 TOTALS
                    JOB# 5 JOURNAL PREFIX LRCS   JOB# 5 TOTAL   0.00

JOB# 6 CHARGES
LABOR
J# 6 52LRZ01   TRIM-ELECT/CONCERN   TECH(S)3323   0.00
C/S WHEN ENTERING DIFFERENT SPEED ZONES THE SPEED LIMIT
DISPLAY WILL NOT CHANGE TO CORRECT SPEED LIMIT. C/S IT WILL
SAY 75MPH AND CUSTOMER WILL ENTER A DIFFERENT SPEED ZONE IT
WILL STAY AT 75 MPH. HAPPENS ON THE SAME DRIVE HOME EVERY
DAY.
TEST DRIVE SYSTEM CONFIRM SIGN RECOGNITION PICKING UP
DIFFERENT SIGNS AS DRIVING ON HIGHWAY AND CITY ROADS ALL
WORKING AS DESIGNED AT THIS TIME NO FAULTS STORED IN SYSTEM.
SIGNS HAVE TO BE READ BY CAMERA IF NOT AT RIGHT ANGLE OR
CANNOT READ SYSTEM USES NAVIGATION TO CONFIRM SPEED AND
CERTAIN AREAS MAY NOT BE UP TO DATE.

JOB# 6 TOTALS
                    JOB# 6 JOURNAL PREFIX LRCS   JOB# 6 TOTAL   0.00

JOB# 7 CHARGES
LABOR
J# 7 50LR7   ENGINE-ELECTRONICS   TECH(S)3323   0.00
C/S WHEN ECO START FUNCTION IS NOT ALWAYS SHUTTING DOWN THE
VEHICLE WHEN COMING TO A STOP.

Labor Warranted for 90 Days or 4000 Miles Whichever Occurs First.
LAND ROVER Parts Warranty, 12 Months /Unlimited Miles including Labor.
JAGUAR CUSTOMER CARE 12 Months / Unlimited Miles   (CONTINUED ON NEXT PAGE)   04:31pm

PAGE 2 OF 4

The Reynolds and Reynolds Company  PRARTMNK  GGTD4892 Q (07/15)

DISCLAIMER OF WARRANTIES: Any warranties on
the parts and/or accessories sold hereby are made solely by
the manufacturer. The undersigned purchaser understands
and agrees that: (i) Jaguar Austin/Land Rover Austin makes
no warranties of any kind, express or implied, and disclaims
all warranties, including but not limited to warranties of
merchantability and fitness for a particular purpose, with
regard to the parts and/or accessories purchased; and (ii) in
no event shall Jaguar Austin/Land Rover Austin be liable for
incidental, consequential or punitive damages, or
commercial losses, arising out of such purchase. The
undersigned purchaser further understands and agrees that
the warranties excluded by Jaguar Austin/Land Rover Austin
include, but are not limited to, any warranties that such parts
and/or accessories are of merchantable quality or that they
will enable any vehicle (or any of its systems) to perform with
reasonable safety, efficiency and/or comfort.

AUTHORIZATION FOR REPAIRS: I hereby authorize
the repair work herein set forth to be done along with the
purchase of the necessary materials and agree that Jaguar
Austin/Land Rover Austin is not responsible for loss or
damage to my vehicle or articles left in my vehicle in case
of fire, theft, weather related events (including but without
limitation freezing temperatures), or any other cause beyond
Jaguar Austin/Land Rover Austin's control, and that Jaguar
Austin/Land Rover Austin is not responsible for any delays
caused by unavailability of parts or delays in parts shipments
by the supplier or transporter. I hereby grant Jaguar
Austin/Land Rover Austin and/or Jaguar Austin/Land Rover
Austin's employees permission to operate the vehicle herein
described on streets, highways, or elsewhere for the
purposes of testing and/or inspection. I authorize the
removal of on-board data as needed to facilitate vehicle
repairs as well as sharing of that data with the manufacturer
for diagnostic and/or research purposes.

NOTICE PURSUANT TO PROPERTY CODE, §70.001:
I AM THE PERSON OR AGENT ACTING ON BEHALF OF
THE PERSON WHO IS OBLIGATED TO PAY FOR THE
REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE
REPAIR AGREEMENT. I UNDERSTAND THAT THE
VEHICLE IS SUBJECT TO REPOSSESSION IN ACCOR-
DANCE WITH BUSINESS & COMMERCE CODE §9.609.
IF PAYMENT FOR THE REPAIR OF THE MOTOR VEH-
ICLE BY A CHECK, MONEY ORDER, OR A CREDIT
CARD TRANSACTION IS STOPPED, DISHONORED
BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR
BECAUSE THE MAKER OR DRAWER OF THE ORDER
OR THE CREDIT CARD HOLDER HAS NO ACCOUNT
OR THE ACCOUNT UPON WHICH IT IS DRAWN OR
THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

I hereby consent to receive voice and electronic commun-
ications from or on behalf of Jaguar Austin/Land Rover Austin
at any telephone numbers or email addresses provided. I
understand that consent is not a condition of purchase.

I hereby acknowledge and agree to the above DISCLAIMER
OF WARRANTIES, AUTHORIZATION FOR REPAIRS, as
well as acknowledge the above NOTICE PURSUANT TO
TEXAS PROPERTY CODE SECTION 70.001

SIGNATURE OF PERSON RESPONSIBLE FOR PAYMENT
FOR PERSON RESPONSIBLE FOR PAYMENT



# JAGUAR AUSTIN
# LAND ROVER AUSTIN
**1515 West 5th Street**
**Austin, TX 78703-5131**
**(512) 236-0000**

www.jaguaraustin.com



www.landroveraustin.com

CELL: 254-630-8485

| CUSTOMER NO. 138742 | A/M/SVR MATT | 3333 | TAG NO. 1233 | INVOICE DATE 03/08/17 | INVOICE NO. LRCS56879 |
|---|---|---|---|---|---|

SEJAL PATEL
1011 KIM AVE
COPPERAS COVE, TX 76522

| LABOR RATE | LICENSE NO. | MILEAGE 1,083 | COLOR | STOCK NO. |
|---|---|---|---|---|

| YEAR / MAKE / MODEL L7/LAND ROVER/RANGE ROVER/4DR SUV V8 | DELIVERY DATE | DELIVERY MILES |
|---|---|---|

| VEHICLE I.D. NO. S A L G V 2 F E 0 H A 3 2 1 5 3 4 | SELLING DEALER NO. | PRODUCTION DATE |
|---|---|---|

| F.T.B. NO. | R.O. NO. | R.O. DATE 02/16/17 |
|---|---|---|

| RESIDENCE PHONE | BUSINESS PHONE | COMMENTS |
|---|---|---|

MO: 1095

JOB# 1 CHARGES

LABOR
JP 3 5LRZ9                                    TECH(S) 2223          0.00
C/S AEB FAULT DISPLAYED
SOFTWARE CONFLICT
CONFIRM FAULT DISPLAYED. FAULT IS UNDER INVESTIGATION WITH
LANDROVER AT THIS TIME. SOFTWARE CONFLICT BETWEEN MODULES.

JOB# 1 TOTALS

                  JOB# 1 JOURNAL PREFIX LRCS   JOB# 1 TOTAL          0.00

JOB# 2 CHARGES

LABOR
JP 2 5LRZ09                                   TECH(S) 2223          0.00
C/S IS UNABLE TO CONNECT TO PHONE THROUGH BLUETOOTH ON
OCCASION. CUSTOMER SAYS 1 OUT OF EVERY FEW DAYS IT WILL NOT
CONNECT. SAYING UNABLE TO CONNECT
WORKING AS DESIGNED
COULD NOT DUPLICATE AT THIS TIME. USED TECH PHONES IPHONE 6
AND SAMSUNG
LINKED EVERY ATTEMPT. WORKING AS DESIGNED AT THIS TIME.
CUSTOMER COULD TRY SETTING PHONE IN CENTER CONSOLE FOR
BETTER COMMUNICATION

JOB# 2 TOTALS

                  JOB# 2 JOURNAL PREFIX LRCS   JOB# 2 TOTAL          0.00

JOB# 3 CHARGES

LABOR
JP 3 09LRZ9              FUEL SYSTEM          TECH(S) 2223      WARRANTY
C/S WHEN PUMPING GAS THE GAS PUMP WILL CLICK AFTER ONLY 5
GALLONS OR SO OF FUEL
RESTRICTIVE FUEL FILLER PIPE
CONFIRM WHEN TRYING TO FILL TANK CLICKS OFF PERFORM SSM72957
ALL CHECKS GOOD PERFORM BULLETIN LTB00968 INSTALL NEW FUEL
FILLER PIPE TO CORRECT
CONFIRM FUEL FILLING CORRECTLY

PARTS      QTY.   FP-NUMBER       DESCRIPTION       LIST PRICE UNIT PRICE
    1    LR093763        PIPE - FUEL FIL                          WARRANTY
    4    TYG500130       BOLT                                     WARRANTY
    2    LR044836        CONNECTOR - VAL                          WARRANTY
    2    LR038196        BOLT                                     WARRANTY
    4    LR051047        BOLT                                     WARRANTY
    2    LR034277        NUT                                      WARRANTY

                                          TOTAL - PARTS            0.00

JOB# 3 TOTALS

                  JOB# 3 JOURNAL PREFIX LRCS   JOB# 3 TOTAL          0.00

DISCLAIMER OF WARRANTIES: Any warranties on the parts and/or accessories sold hereby are made solely by the manufacturer. The undersigned purchaser understands and agrees that: (i) Jaguar Austin/Land Rover Austin makes no warranties of any kind, express or implied, and disclaims all warranties, including but not limited to warranties of merchantability and fitness for a particular purpose, with regard to the parts and/or accessories purchased; and (ii) in no event shall Jaguar Austin/Land Rover Austin be liable for incidental, consequential or punitive damages, or commercial losses, arising out of such purchase. The undersigned purchaser further understands and agrees that the warranties excluded by Jaguar Austin/Land Rover Austin include, but are not limited to, any warranties that such parts and/or accessories are of merchantable quality or that they will enable any vehicle (or any of its systems) to perform with reasonable safety, efficiency and/or comfort.

AUTHORIZATION FOR REPAIRS: I hereby authorize the repair work herein set forth to be done along with the purchase of the necessary materials and agree that Jaguar Austin/Land Rover Austin is not responsible for loss or damage to my vehicle, or articles left in my vehicle, in case of fire, theft, weather related events (including but without limitation freezing temperatures), or any other cause beyond Jaguar Austin/Land Rover Austin's control, and that Jaguar Austin/Land Rover Austin is not responsible for any delays caused by unavailability of parts or delays in parts shipments by the supplier, or transporter. I hereby grant Jaguar Austin/Land Rover Austin and/or Jaguar Austin/Land Rover Austin's employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purposes of testing and/or inspection. I authorize the retrieval of on-board data as needed to facilitate vehicle repair, as well as sharing of that data with the manufacturer for diagnostic and/or research purposes.

NOTICE PURSUANT TO PROPERTY CODE, §70.001 I AM THE PERSON OR AGENT ACTING ON BEHALF OF THE PERSON WHO IS OBLIGATED TO PAY FOR THE REPAIR OF THE MOTOR VEHICLE SUBJECT TO THE REPAIR AGREEMENT. I UNDERSTAND THAT THE VEHICLE IS SUBJECT TO REPOSSESSION IN ACCORDANCE WITH BUSINESS & COMMERCE CODE §9.609, IF PAYMENT FOR THE REPAIR OF THE MOTOR VEHICLE, BY A CHECK, MONEY ORDER, OR A CREDIT CARD TRANSACTION IS STOPPED, DISHONORED BECAUSE OF INSUFFICIENT FUNDS, NO FUNDS, OR BECAUSE THE MAKER OR DRAWER OF THE ORDER OR THE CREDIT CARD HOLDER HAS NO ACCOUNT OR THE ACCOUNT UPON WHICH IT IS DRAWN OR THE CREDIT CARD ACCOUNT HAS BEEN CLOSED.

I hereby consent to receive voice and electronic communications from or on behalf of Jaguar Austin/Land Rover Austin at any telephone numbers or email addresses provided. I understand that consent is not a condition of purchase.

I hereby acknowledge and agree to the above DISCLAIMER OF WARRANTIES, AUTHORIZATION FOR REPAIRS, as well as acknowledge the above NOTICE PURSUANT TO TEXAS PROPERTY CODE SECTION 70.001.

X
SIGNATURE OF THE PERSON RESPONSIBLE OR AGENT FOR PERSON RESPONSIBLE FOR PAYMENT

The Reynolds and Reynolds Company  PRINT/VIEW  CGZ0G5892.Q  (07/15)

# EXHIBIT D



# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
P.O. Box 181898
Dallas, TX 75218

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

March 10, 2017

Jaguar Land Rover North America, LLC
555 MacArthur BLVD
Mahwah, NJ 07430

Re: Amit Patel
    Vehicle: 2017 Landrover Range Rover
    VIN: SALGV2FE0HA321534

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Amit Patel relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client is reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n Adam Hamilton
Attorney for Plaintiff

CC: Fort hood Range rover



CERTIFIED MAIL

9414 8149 0202 4744 3604 0850 84

Tarrant County
Thomas A. Wilder District Clerk
Civil Division
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196-0402

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

AUTOBAHN IMPORTS, LP
D/B/A AUTOBAHN MOTORCAR GROUP
R/S CORPORATION SVC. CO. - REG AGT
211 E. 7TH ST.
STE. 620
AUSTIN, TX 78701
236-295540-17   DP/RF/CM

4

Cause No. <u>236-295540-17</u>

| | | |
|---|---|---|
| AMIT G. PATEL | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | |
| | § | HARRIS COUNTY TEXAS |
| AUTOBAHN IMPORTS, L.P. d/b/a | § | |
| AUTOBAHN MOTORCAR GROUP | § | |
| and JAGUAR LAND ROVER NORTH | § | |
| AMERICA, LLC | § | 236TH JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE TOM LOWE:

Defendant Autobahn Imports, L.P. d/b/a Autobahn Motorcar Group has filed its Notice of Removal of the above-captioned and numbered cause to the United States District Court for the Northern District of Texas, Fort Worth Division. A copy of that document is attached to this Notice as Exhibit "A."

Respectfully Submitted,

PADFIELD & STOUT, L.L.P.
421 W. Third Street, Suite 910
Fort Worth, Texas 76102
(817) 338-1616 phone
(817) 338-1610 fax


/s/ Richard W. Wiseman
Richard W. Wiseman
State Bar I.D. #21816200
rwiseman@padfieldstout.com
Matthew B. Fronda
State Bar I.D. #24086264
mfronda@padfieldstout.com

*Attorneys for Defendant Autobahn Imports, L.P.*
*d/b/a Autobahn Motorcar Group*

### CERTIFICATE OF SERVICE

This is to certify that on January 2, 2018, I forwarded a true and correct copy of the foregoing Notice of Removal to Plaintiff, by and through his attorney of record, Atousa Nezamabadi, by e-service and/or email, and to Defendant Jaguar Land Rover North America, LLC, by and through his attorney of record, John W. Chambless II, by e-service and/or email.


/s/ Richard W. Wiseman
Richard W. Wiseman

5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMIT G. PATEL | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:18-CV-00004 |
| AUTOBAHN IMPORTS, L.P. d/b/a | § | |
| AUTOBAHN MOTORCAR GROUP | § | |
| and JAGUAR LAND ROVER NORTH | § | |
| AMERICA, LLC | § | |

---

### LIST OF COUNSEL OF RECORD

---

**ATTORNEY FOR PLAINTIFF AMIT G. PATEL:**

> Atousa Nezamabadi
> Texas Bar No. 24079050
> atousa@lemonlawgrouppartners.com
> LEMON LAW GROUP PARTNERS, PLC
> P.O. Box 18799
> Sugar Land, Texas 77479
> Telephone:    888.415.0610
> Facsimile:    888.809.7010

**ATTORNEYS FOR DEFENDANT AUTOBAHN IMPORTS, L.P.
D/B/A AUTOBAHN MOTORCAR GROUP:**

> Richard W. Wiseman
> Texas Bar No. 21816200
> rwiseman@padfieldstout.com
> Matthew B. Fronda
> Texas Bar No. 24086264
> mfronda@padfieldstout.com
> PADFIELD & STOUT, LLP
> 421 West 3rd Street, Suite 910
> Fort Worth, Texas 76102
> Telephone:    817.338.1616
> Facsimile:    817.338.1610

**ATTORNEY FOR DEFENDANT JAGUAR LAND ROVER NORTH AMERICA, LLC:**

John W. Chambless II
Texas Bar No. 00796334
jchambless@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
701 Brazos, Suite 1500
Austin, TX 78701
Telephone:    512.703.5073
Facsimile:    512.708.8777