IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMIT G. PATEL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:18-CV-004-A |
| | § | |
| AUTOBAHN IMPORTS, L.P. D/B/A | § | |
| AUTOBAHN MOTORCAR GROUP, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT AS TO CERTAIN PARTY

Consistent with the joint stipulation of dismissal filed by plaintiff, Amit G. Patel, and defendant Autobahn Imports, L.P. d/b/a Autobahn Motorcar Group ("Autobahn"), and upon confirmation by counsel for each of those parties,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by plaintiff against Autobahn be, and are hereby, dismissed with prejudice, with each party to bear costs incurred by same.

The court determines that there is no just reason for delay in, and hereby directs, entry of final judgment as to such dismissal.

SIGNED January 18, 2018.

JOHN McBRYDE
United States District Judge