IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMIT G. PATEL, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | NO. 4:18-CV-004-A |
| § | |
| AUTOBAHN IMPORTS, L.P. D/B/A § | |
| AUTOBAHN MOTORCAR GROUP, ET AL., § | |
| § | |
| Defendants. § | |

### FINAL JUDGMENT OF REMAND

Consistent with the motion for entry of agreed order of remand filed by plaintiff in the above-captioned action,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, remanded to the state court from which it was removed.

SIGNED January 18, 2018.

_____
JOHN McBRYDE
United States District Judge